**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 9, 2007**

**CASE NUMBER:  CV 07-03983 MEJ**
**CASE TITLE:  JONATHAN BROWNING INC.-v-VENETIAN CASINO RESORT LLC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable JEFFERY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/9/07

FOR THE EXECUTIVE COMMITTEE:

_____
                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 8/9/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA