1   Bingham McCutchen LLP
    TRENTON H. NORRIS (SBN 164781)
2   THOMAS S. HIXSON (SBN 193033)
    MAZEN M. BASRAWI (SBN 235475)
3   Three Embarcadero Center
    San Francisco, CA  94111-4067
4   Telephone:  415.393.2000
    Facsimile:  415.393.2286
5   Email:  trent.norris@bingham.com
            thomas.hixson@bingham.com
6           mazen.basrawi@bingham.com

7   Doll Amir & Eley LLP
    GREGORY L. DOLL (SBN 193205)
8   HUNTER R. ELEY (SBN 224321)
    1888 Century Park East, Suite 1106
9   Los Angeles, CA 90067
    Telephone:  310.557.9100
10  Facsimile:  310.557.9101
    Email:  gdoll@dollamir.com
11          heley@dollamir.com

12  Attorneys for Plaintiff
    JONATHAN BROWNING, INC

13

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17  JONATHAN BROWNING, INC., a California     No. C 07-3983 JSW
    corporation,
18                                            **CERTIFICATION OF INTERESTED**
                    Plaintiff,                **PARTIES**
19          v.

20  VENETIAN CASINO RESORT, LLC.,  a
    Nevada limited liability company; LAS VEGAS
21  SANDS, LLC., a Nevada limited liability
    company; LAS VEGAS SANDS, CORP.,  a
22  Nevada corporation; and DOES 1 through 100 ,
    inclusive,
23
                    Defendants.
24

25

26

27

28

A/72165741.2/3006638-0000326553

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

2  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

3  or other entities (i) have a financial interest in the subject matter in controversy or in a party to

4  the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could

5  be substantially affected by the outcome of this proceeding:

6

| NAME | CONNECTION |
|---|---|
| JONATHAN BROWNING, INC. | Plaintiff |
| JONATHAN BROWNING | Co-owner of Plaintiff |
| MARCO HEITHAUS | Co-owner of Plaintiff |

12  DATED:  August 20, 2007

13

14                                        Bingham McCutchen LLP

15

16                                        By:_____/s/_____

17                                               Trenton H. Norris
                                              Attorneys for Plaintiff
18                                            JONATHAN BROWNING, INC.

19  DATED:  August 20, 2007

20                                        Doll Amir & Eley LLP

21

22

23                                        By:_____/s/_____

24                                               Gregory L. Doll
                                              Attorneys for Plaintiff
                                            JONATHAN BROWNING, INC.

25

26

27

28