1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS LLP**
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail: mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11

12            IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | JONATHAN BROWNING, INC., a California | Case No.: C 07-3983 JSW
   | corporation,
16 |
   |        Plaintiff,
17 |                                         | **STIPULATION RE EXTENSION OF
   |   v.                                    | TIME TO FILE RESPONSIVE
18 |                                         | PLEADING**
   | VENETIAN CASINO RESORT, LLC, a Nevada
19 | limited liability company; LAS VEGAS SANDS,
   | LLC, a Nevada limited liability company; LAS
20 | VEGAS SANDS CORP., a Nevada corporation; and
   | DOES 1 through 100, inclusive,
21 |
   |        Defendant.
22

DM1\1180201.1                                                   Case No.: C 07-3983 JSW
         STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Local Rule 6-1(a), the parties to this action hereby stipulate that defendants VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. (collectively "Defendants"), shall have until September 17, 2007 to file an answer, motion or any other responsive pleading to Plaintiff's, JONATHAN BROWNING, INC., Complaint.

Defendants specially appear when entering into this stipulation. By entering into this stipulation, Defendants expressly preserve and do not waive their rights to bring any motions, claims, defenses or to challenge the jurisdiction or venue of this Court.

Dated: August 24, 2007

DUANE MORRIS LLP

By: /s/ Ray L. Wong
Ray L. Wong
Michelle Hon
Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

Dated: August 24, 2007

BINGHAM McCUTCHEN LLP

By: /s/ Trenton H. Norris
Trenton H. Norris
Thomas S. Hixson
Mazen M. Basrawi
Attorneys for Plaintiff
JONATHAN BROWNING, INC.