Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco CA 94105-1104
Telephone: 415.957-3000
Facsimile: 415.957.3001

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego CA 92101-8285
Telephone: 619.744.2000
Facsimile: 619.744.2201

**Attorneys for VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING,<br><br>**Plaintiff,**<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>**Defendants.** | Case No.: C 07-3983 JSW |

**PROOF OF SERVICE**

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market, Spear Tower, Suite 2000, San Francisco, California 94105-1104. On the date set forth below, I served the following document(s):

**STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

on the interested party(ies) in this action in the following manner:

PROOF OF SERVICE

1  [ ]  **BY E-MAIL:** On the date set forth below, at _____, California, I caused the foregoing document(s) to be served by e-mail transmission to the e-mail address(es) set forth below, as last given by that person on any document which he or she has filed in the cause and served on the party making the service. The document(s) was(were) transmitted by e-mail from a computer in the offices of Duane Morris. The e-mail transmission(s) was(were) reported as delivered to the party(ies) at the indicated e-mail address(es), and no undeliverable message from the recipient's server was received by the sender of the e-mail.

[X]  **BY MAIL:** On the date set forth below, at San Francisco, California, I placed the document(s) in a sealed envelope(s), addressed as set forth below, for collection and mailing with the United States Postal Service. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. According to that practice, the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business, with first-class prepaid postage thereon. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

[ ]  **BY OVERNIGHT DELIVERY:** On the date set forth below, at _____, California, I placed the document(s) for overnight delivery in a box or location regularly maintained by Federal Express (or other express courier service) at my office, or I delivered the document(s) to an authorized courier or driver authorized by Federal Express (or other express courier service) to receive documents. The document(s) was(were) placed in a sealed envelope(s) or package(s) designated by Federal Express (or other express courier service), with delivery fees paid or provided for, addressed as set forth below to the person(s) to whom the document(s) should be delivered, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[ ]  **BY PERSONAL DELIVERY:** On the date set forth below, at _____, California, I placed the above-referenced document(s) in a box or location regularly maintained at my office for our messenger/courier service, or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The document(s) was(were) placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown below, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

Gregory Lawrence Doll
Hunter Randolph Eley
Doll & Amir LLP
1888 Century Park E Ste 1106
Los Angeles CA  90067-1715


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>August 27, 2007</u>, at San Francisco

_____
Richard Freeman

2
PROOF OF SERVICE