Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: mhon@duanemorris.com

Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: C 07-3983 JSW<br><br>**DECLARATION OF FRANKLIN H. LEVY IN SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES RE MOTION TO DISMISS**<br><br>Date: November 2, 2007<br>Time: 9:00 am<br><br>**Complaint Filed:** August 2, 2007<br>**Judge:** Jeffrey S. White<br>**Courtroom:** 2, 17th floor |

I, Franklin H. Levy, declare:

DM1\1183418.1

DECLARATION OF FRANKLIN H. LEVY

Case No.: C 07-3983 JSW

1. I am Special Counsel to the Venetian Casino Resort, LLC. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss.

3. The Venetian Casino Resort LLC is a Nevada limited liability company with its principal place of business in the State of Nevada.

4. The Venetian Casino Resort LLC does not own any property in California.

5. The Venetian Casino Resort LLC does not maintain any bank accounts in California.

6. The Venetian Casino Resort LLC does not pay California taxes.

7. The Venetian Casino Resort LLC does not have any offices in California.

8. The Venetian Casino Resort LLC does not have any employees or agents in California.

9. The Venetian Casino Resort LLC does not have a registered agent for service of process in California.

10. It is my understanding that the pertinent records of the Venetian Casino Resort LLC's human resources department indicate that the Venetian Casino Resort LLC does not employ anyone by the name of Aileen Pauco.

11. The Venetian Casino Resort LLC cannot find any record of requesting a bid from Jonathan Browning, Inc. for wall sconces.

12. I have read the Jonathan Browning, Inc. complaint ("Complaint") and am familiar with the claims and facts alleged therein.

13. Based on the allegations and facts in the Complaint, I believe that a large number of potential witnesses on behalf of the Venetian Casino Resort LLC would be located in the State of Nevada.

14. The evidence supporting the Venetian Casino Resort LLC's defenses, including its records and employees, is predominately located in Nevada.

15. The burden on the Venetian Casino Resort LLC to transport Nevada-based witnesses and documentary evidence to the Northern District of California would be substantial, as well as expensive.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7 day of September, 2007 at Las Vegas, Nevada.

Franklin H. Levy