1 Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
2 One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
3 Telephone: 415.957.3000
Facsimile: 415.957-3001
4 E-Mail: rlwong@duanemorris.com

5 Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
6 101 West Broadway, Suite 900
San Diego, CA 92101
7 Telephone: 619.744.2200
Facsimile: 619.744.2201
8 E-Mail:    mhon@duanemorris.com

9 Specially Appearing for Defendants VENETIAN
CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11

12 **IN THE UNITED STATES DISTRICT COURT**

13 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15 JONATHAN BROWNING, INC., a California corporation, | Case No.: C 07-3983 JSW |
| 16 | |
| Plaintiff, | **DECLARATION OF MICHELLE A.** |
| 17 | **HON IN SUPPORT OF DEFENDANTS'** |
| v. | **MEMORANDUM OF POINTS AND** |
| 18 | **AUTHORITIES RE MOTION TO** |
| VENETIAN CASINO RESORT, LLC, a Nevada | **DISMISS** |
| 19 limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS | |
| 20 VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | **Date:** November 2, 2007 |
| | **Time:** 9:00 am |
| 21 | |
| Defendant. | |
| 22 | **Complaint Filed:** August 2, 2007 |
| | **Judge:** Jeffrey S. White |
| 23 | **Courtroom:** 2, 17th floor |
| 24 | |

25     I, Michelle A. Hon, declare:

26     1.    I am an attorney licensed to practice in the State of California and I am admitted to

27 practice before this Court. I am a member of the law firm Duane Morris LLP, counsel for

28
DM1\1183327.1                                                           Case No.: C 07-3983 JSW
                        DECLARATION OF MICHELLE A. HON

1  defendants Venetian Casino Resort LLC, Las Vegas Sands LLC, and Las Vegas Sands Corp.

2  ("Defendants"). I have personal knowledge of the matters stated herein, and if called as a witness, I

3  could and would testify competently to them.

4      2.      I submit this declaration in support of Defendants' Memorandum of Points and

5  Authorities in Support of Motion to Dismiss.

6      3.      On August 30, 2007, I performed an electronic search of the Online Catalog

7  maintained by the U.S. Copyright Office. The search parameters requested any copyright

8  registrations or assignments with "Jonathan" and "Browning" anywhere in the name field.

9      4.      The August 30, 2007 search revealed that no copyright registrations or assignments

10  were issued or recorded for plaintiff Jonathan Browning for any sconces. A true and correct copy of

11  the search results are attached hereto as Exhibit A.

12      I declare under penalty of perjury under the laws of the United States of America that the

13  foregoing is true and correct.

14      Executed this 17th day of September, 2007 at San Diego California.

15

16                                  /s/ Michelle A. Hon
                                    Michelle A. Hon

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Browning AND Jonathan)[in Name: All (KNAM)]
Search Results: Displaying 1 through 6 of 6 entries.



**Resort results by:**　　　　　　　　　　　　　　　　Set Search Limits

| # | Author | Full Title | Date |
|---|--------|-----------|------|
| [ 1 ] | | 3 styles. | 2002 |
| [ 2 ] | | Deep space, & 3 other selections. | 2002 |
| [ 3 ] | | Document control, version 2.0. | 1995 |
| [ 4 ] | | Lying honestly / Caffeine. | 2004 |
| [ 5 ] | | Pied piper : a musical version of the poem / by Robert Browning ; music by Colin Warnock ; orchestrated by Jonathan Butcher. | 1988 |
| [ 6 ] | | Waging a war against silence. | 2000 |

**Resort results by:**　　　　　　　　　　　　　　　　Set Search Limits

Clear Selected    Retain Selected



| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: Full Record | Format for Print/Save |
| ○ All on Page<br>◉ Selected On Page | Enter your email address: | Email |

○ Selected all Pages

Help   Search   History   **Titles**   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Browning AND Jonathan)[in Name: All (KNAM)]
Search Results: Displaying 1 of 6 entries



Labeled View

***3 styles.***

**Type of Work:** Sound Recording
**Registration Number / Date:** SRu000470668 / 2002-01-28
**Application Title:** Three early styles.
**Title:** 3 styles.
**Description:** Compact disc.
**Notes:** Collection.
**Copyright Claimant:** ☐ on sound recording; ***Jonathan*** Lee ***Browning,*** 1982- (Honeymuzzle, pseud.)
**Date of Creation:** 2002
**Other Title:** Three styles
**Names:** Browning, ***Jonathan*** Lee, 1982- Honeymuzzle, pseud.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about

Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Browning AND Jonathan)[in Name: All (KNAM)]
Search Results: Displaying 2 of 6 entries



Labeled View

*Deep space, & 3 other selections.*

**Type of Work:** Sound Recording
**Registration Number / Date:** SRu000479346 / 2002-02-08
**Application Title:** Spaces.
**Title:** Deep space, & 3 other selections.
**Description:** Compact disc.
**Copyright Claimant:** ☐ on sound recording; *Jonathan* Lee *Browning,* 1982- (Honeymuzzle, pseud.)
**Date of Creation:** 2002
**Variant title:** Deep space
**Names:** Browning, *Jonathan* Lee, 1982-
Honeymuzzle, pseud.



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format Full Record     Format for Print/Save |
| Enter your email address:     Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Browning, Jonathan)[ in Name: All ]
Search Results: Displaying 3 of 6 entries



---

**Labeled View**

***Document control, version 2.0.***

**Type of Work:** Computer File
**Registration Number / Date:** TX0004142920 / 1995-10-03
**Title:** Document control, version 2.0.
**Description:** Computer program.
**Copyright Claimant:** Jonathan Browning Russ, 1970-
**Date of Creation:** 1995
**Date of Publication:** 1995-09-23
**Names:** Russ, *Jonathan Browning,* 1970-



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Browning, Jonathan)[ in Name: All ]
Search Results: Displaying 4 of 6 entries



---

Labeled View

***Lying honestly / Caffeine.***

**Type of Work:** Music
**Registration Number / Date:** SR0000366243 / 2005-01-27
**Title:** Lying honestly / Caffeine.
**Description:** Compact disc + lyrics.
**Notes:** Collection.
**Copyright Claimant:** © Scott McEwan & *Jonathan* Browning
**Date of Creation:** 2004
**Date of Publication:** 2004-10-01
**Authorship on Application:** words & music: Scott McEwan, 1982-, & *Jonathan Browning,* 1969-.
**Copyright Note:** C.O. correspondence.
**Names:** McEwan, Scott, 1982-
Browning, *Jonathan,* 1969-
Caffeine



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record   [Format for Print/Save] |
| Enter your email address:  _____  [Email] |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Browning, Jonathan)[ in Name: All ]
Search Results: Displaying 5 of 6 entries



Labeled View

*The Pied piper : a musical version of the poem / by Robert Browning ; music...*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000371346 / 1988-04-06 |
| **Title:** | The Pied piper : a musical version of the poem / by Robert Browning ; music by Colin Warnock ; orchestrated by *Jonathan* Butcher. |
| **Imprint:** | London : Novello, c1988. |
| **Description:** | 80 p. |
| **Copyright Claimant:** | Novello & Company, Ltd. |
| **Date of Creation:** | 1983 |
| **Date of Publication:** | 1988-03-02 |
| **Basis of Claim:** | New Matter: "new music." |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Warnock, Colin |
| | Butcher, *Jonathan* |
| | Browning, Robert, 1812-1889 |
| | Novello & Company, Ltd. |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |



Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Browning, Jonathan)[ in Name: All ]
Search Results: Displaying 6 of 6 entries



Labeled View

### *Waging a war against silence.*

**Type of Work:** Sound Recording
**Registration Number / Date:** SRu000462817 / 2000-10-02
**Title:** Waging a war against silence.
**Description:** Sound cassette.
**Notes:** Collection.
**Copyright Claimant:** ☐ on recording; *Jonathan* Lee *Browning,* 1982- (Honeymuzzle, pseud.)
**Date of Creation:** 2000
**Copyright Note:** C.O. correspondence.
**Names:** Browning, *Jonathan* Lee, 1982-
Honeymuzzle, pseud.



| Save, Print and Email (Help Page) |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page