Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone:  415.957.3000
Facsimile:   415.957-3001
E-Mail:  rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:    mhon@duanemorris.com

Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendant. | Case No.: C 07-3983 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>**Complaint Filed:**  August 2, 2007<br><br>**Judge:**  Jeffrey S. White<br>**Courtroom:**  2, 17th floor |

The Court, having made the following findings:  (1)  the Court lacks subject matter jurisdiction under 12(b)(1) because the plaintiff failed to meet the jurisdictional prerequisite required to institute an infringement action under 17 U.S.C. § 411; (2) the Court lacks personal jurisdiction over defendant Venetian Casino Resort LLC; (3) the Court lacks personal jurisdiction over defendant Las Vegas Sands LLC; (4) the Court lacks personal jurisdiction over defendant Las Vegas

Sands Corp.; (5) venue in the Northern District of California is improper under 28 U.S.C. § 1400 and 28 U.S.C. 1391; (6) the Complaint fails to state a claim against defendant Las Vegas Sands LLC; (7) the Complaint fails to state a claim against defendant Las Vegas Sands Corp.; (8) the Complaint fails to state a cognizable legal claim for breach of quasi-contract, implied-in-fact contract, or implied-in-law contract; and (9) Plaintiff's state law claims for unjust enrichment, breach of implied-in-fact contract, or breach of implied-in-law contract are preempted by the Copyright Act,

IT IS HEREBY ORDERED THAT,

1. Defendants Motion to Dismiss is GRANTED.

2. Plaintiff's First through Fifth Claims for Relief are hereby dismissed with leave to amend to file in a court of proper jurisdiction and venue.

3. Plaintiff's Sixth through Eleventh Claims for Relief are hereby dismissed without leave to amend as preempted under the Copyright Act.

**SO ORDERED.**

Dated: _____, 2007        By: _____
                                      Hon. Jeffery S. White
                                      District Court Judge, Northern District