Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: mhon@duanemorris.com

Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: C 07-3983 JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br><br>**Complaint Filed:** August 2, 2007<br><br>**Judge:** Jeffrey S. White<br>**Courtroom:** 2, 17th floor |

///

///

///

///

///

Pursuant to Civic L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Sheldon G. Adelson: Manager and Director, Las Vegas Sands LLC; Director, Las Vegas Sands Corp.

2. Charles D. Forman: Manager and Director, Las Vegas Sands LLC; Director, Las Vegas Sands Corp.

3. William P. Weidner: Manager and Director, Las Vegas Sands LLC; Director Las Vegas Sands Corp.

4. Michael Leven: Director, Las Vegas Sands Corp.

5. Irwin Siegel: Director, Las Vegas Sands Corp.

6. James Purcell: Director, Las Vegas Sands Corp.

7. Irwin Chafetz: Director, Las Vegas Sands Corp.

8. Andrew Heyer: Director, Las Vegas Sands Corp.

Dated: September 17, 2007                **DUANE MORRIS LLP**

By: /s/ Michelle A. Hon
Ray L. Wong
Michelle Hon
Specially Appearing for Defendants VENETIAN CASINO RESORT LLC; LAS VEGAS SANDS LLC, and LAS VEGAS SANDS CORP.