1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS LLP**
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:    mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation, | Case No.: C 07-3983 JSW |
| Plaintiff, | **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS** |
| v. | |
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | **Date:** November 9, 2007<br>**Time:** 9:00 am<br><br>**Complaint Filed:** August 2, 2007<br>**Judge:** Jeffrey S. White<br>**Courtroom:** 2, 17th floor |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on November 9, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard by the above-captioned Court located at 450 Golden Gate Ave., San Francisco, CA 94102 in the Courtroom of the Honorable Jeffrey S. White, defendants Venetian Casino Resort, LLC, Las Vegas Sands LLC, and Las Vegas Sands Corp. (Defendants") will and

1  hereby do move this Court for an Order Granting Defendants' Motion to Dismiss under Federal
2  Rules of Civil Procedure Rule 12(b)(1) for lack of subject matter jurisdiction; Federal Rules of Civil
3  Procedure Rule 12(b)(2) for lack of personal jurisdiction; Federal Rules of Civil Procedure Rule
4  12(b)(3) and 28 U.S.C. § 1406(a) for improper venue or, alternatively, an Order transferring venue to
5  the District Court of Nevada under 28 U.S.C. § 1404(a); and Federal Rules of Civil Procedure Rule
6  12(b)(6) for failure to state a claim.

7  Pursuant to Rule 12 of the Federal Rules of Civil Procedure, by and through its undersigned
8  counsel, Duane Morris, LLP, Defendants hereby move this Court for an Order dismissing the
9  Complaint in its entirety and make the following findings:  (1) the Court lacks subject matter
10  jurisdiction because the plaintiff, Jonathan Browning, Inc. ("Plaintiff") failed to meet the
11  jurisdictional prerequisites required to institute an infringement action under 17 U.S.C. § 411; (2) the
12  Court lacks personal jurisdiction over defendant Venetian Casino Resort LLC; (3) the Court lacks
13  personal jurisdiction over defendant Las Vegas Sands LLC; (4) the Court lacks personal jurisdiction
14  over defendant Las Vegas Sands Corp.; (5) venue in the Northern District of California is improper
15  under 28 U.S.C. § 1400 and 28 U.S.C. § 1391 or, alternatively, venue should be transferred to the
16  U.S. District Court, District of Nevada, for the convenience of the parties, witnesses and in the
17  interest of justice; (6) the Complaint fails to state a claim against defendant Las Vegas Sands LLC;
18  (7) the Complaint fails to state a claim against defendant Las Vegas Sands Corp.; (8) the Complaint
19  fails to state a cognizable legal claim for breach of quasi-contract, implied-in-fact contract, or
20  implied-in-law contract; and (9) Plaintiff's state law claims for unjust enrichment, breach of implied-
21  in-fact contract, or breach of implied-in-law contract are preempted by the Copyright Act.

22  This Motion is based on the Memorandum of Points and Authorities attached hereto, the
23  Declaration of Michelle A. Hon, the Declaration of Franklin H. Levy, the records and papers on file
24  ///
25  ///
26  ///
27  ///
28  ///

with this action, and upon such other further oral and documentary evidence as may be presented at the time of the hearing on the Motion.

Dated: September 17, 2007         **DUANE MORRIS LLP**

                                   By:   /s/ Michelle A. Hon
                                         Ray L. Wong
                                         Michelle Hon
                                         Specially Appearing for Defendants VENETIAN CASINO RESORT LLC; LAS VEGAS SANDS LLC, and LAS VEGAS SANDS CORP.