Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:   mhon@duanemorris.com

Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: C 07-3983 JSW<br><br>**DECLARATION OF SERVICE**<br><br>**Date:** November 2, 2007<br>**Time:** 9:00 am<br><br>**Complaint Filed:** August 2, 2007<br>**Judge:** Jeffrey S. White<br>**Courtroom:** 2, 17th floor |

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the following document(s) in the manner indicated:

///

DM1\1195035.1                                                                                                       Case No.: C 07-3983 JSW

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**

☑ via electronic means through ECF.

☑ by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com | Attorneys for Plaintiff<br><br>**VIA ECF** |
| Gregory Lawrence Doll, Esq.<br>Hunter Randolph Eley, Esq.<br>Doll & Amir LLP<br>1888 Century Park E., Suite 1106<br>Los Angeles, CA 90067-1715 | Attorneys for Plaintiff<br><br>**VIA U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 17, 2007, at San Diego, California.

_Susan Baker_
Susan Baker

DM1\1195035.1                    2                    Case No.: C 07-3983 JSW