**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 JONATHAN BROWNING, INC.,

10 Plaintiff, No. C 07-03983 JSW

11 v.

12 VENETIAN CASINO RESORT LLC, ET AL., **ORDER SETTING BRIEFING
SCHEDULE**

13 Defendants.
_____/

14

15 This matter is set for a hearing on November 9, 2007 at 9:00 a.m. on Defendants'

16 motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be

17 filed by no later than October 3, 2007 and a reply brief shall be filed by no later than October

18 10, 2007.

19 If the Court determines that the matter is suitable for resolution without oral argument, it

20 will so advise the parties in advance of the hearing date. If the parties wish to modify this

21 schedule, they may submit for the Court's consideration a stipulation and proposed order

22 demonstrating good cause for any modification requested.

23

24 **IT IS SO ORDERED.**

25 Dated: September 17, 2007 _____
JEFFREY S. WHITE

26 UNITED STATES DISTRICT JUDGE

27

28