1  BINGHAM MCCUTCHEN LLP
   TRENTON H. NORRIS (SBN 164781)
2  THOMAS S. HIXSON (SBN 193033)
   MAZEN M. BASRAWI (SBN 235475)
3  ERICA BRAND PORTNOY (SBN 244923)
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286
   Email:  trent.norris@bingham.com
6          thomas.hixson@bingham.com
           mazen.basrawi@bingham.com
7          erica.brand@bingham.com

8  DOLL AMIR & ELEY LLP
   GREGORY L. DOLL (SBN 193205)
9  HUNTER R. ELEY (SBN 224321)
   1888 Century Park East, Suite 1106
10 Los Angeles, CA 90067
   Telephone:  310.557.9100
11 Facsimile:  310.557.9101
   Email:  gdoll@dollamir.com
12         heley@dollamir.com

13 Attorneys for Plaintiff
   JONATHAN BROWNING, INC.

14

15 UNITED STATES DISTRICT COURT

16 NORTHERN DISTRICT OF CALIFORNIA

17 SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  JONATHAN BROWNING, INC., a California corporation, | No. C 07-3983 JSW |
| 20          Plaintiff, | **DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| 21  v. | |
| 22  VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | |
| 23 | Date:  November 9, 2007 |
| 24 | Time:  9:00 a.m. Place: Courtroom 2, 17th Floor Judge: Honorable Jeffrey S. White |
| 25          Defendants. | |

26

27

28

A/72229722.1/3006638-0000326553                                    Case No.:  C 07-3983 JSW

DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS

I, Thomas S. Hixson, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California. I am a partner at Bingham McCutchen LLP, counsel of record for Plaintiff Jonathan Browning, Inc. ("Jonathan Browning" or "Plaintiff"). I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. A true and correct copy of excerpts of the Las Vegas Visitor Profile, Annual Report, Calendar Year 2006, available on the Las Vegas Convention and Visitors Authority's website at http://www.lvcva.com/press/statistics-facts/index.jsp, is attached hereto as **Exhibit A.**

3. Pursuant to 17 U.S.C. § 411(a), I served on the Register of Copyrights a copy of Jonathan Browning's Complaint filed in this action.

I swear under penalty of perjury that the foregoing is true and correct and that this declaration was signed in San Francisco, California on October 3, 2007.

                                                    /s/ Thomas S. Hixson
                                                      Thomas S. Hixson