# **EXHIBIT A**

SF/21705150.1

**glsresearch**

Research that works.

116 New Montgomery Street
Suite 600
San Francisco, CA 94105
Telephone: (415) 974-6620
Facsimile: (415) 947-0260
www.glsresearch.com

San Francisco
Las Vegas

# LAS VEGAS VISITOR PROFILE

Calendar Year 2006

*Annual Report*

Prepared for:

Las Vegas Convention And Visitors Authority

By:

GLS Research

## ACKNOWLEDGMENTS

The Las Vegas Convention and Visitors Authority and GLS Research extend thanks to the Las Vegas community for their cooperation on this research project. Special appreciation is noted for cooperation and assistance received from the hotel, motel, and casino industry. Appreciation is also extended to the interviewers and Las Vegas visitors, without whose dedicated cooperation this study could not have been completed.

**VISITOR PROFILE STUDY**
*LAS VEGAS CONVENTION AND VISITORS AUTHORITY*
*EXECUTIVE STAFF*

**President/CEO — Rossi T. Ralenkotter**

Senior Vice President of Operations — E. James Gans
Senior Vice President of Marketing — Terry M. Jicinsky
Vice President of Public Affairs – Vincent Alberta
Vice President of Human Resources — Mark D. Olson
Vice President of Sales — Nancy Murphy
Vice President of Convention Center Sales – Chris Meyer
Vice President of Finance – Brenda Siddall
Vice President of Facilities – Mark Haley
Legal Counsel — Luke Puschnig
Sr. Director, Office of the President – Cathy Tull

*MARKETING RESEARCH STAFF*
Director of Internet Marketing and Research — Kevin M. Bagger
Research Analyst — Gina Zozaya

*LAS VEGAS CONVENTION AND VISITORS AUTHORITY*
*BOARD OF DIRECTORS*
*DECEMBER 2006*

MAYOR OSCAR GOODMAN — Chair
MR. KEITH SMITH — Vice-Chair
MAYOR JAMES GIBSON — Secretary-Treasurer

| | |
|---|---|
| MR. CHARLES BOWLING | MS. KARA KELLEY |
| COUNCILMAN LARRY BROWN | MAYOR MICHAEL MONTANDON |
| MR. GLENN CHRISTENSON | MAYOR BILL NICHOLES |
| COMMISSIONER TOM COLLINS | COUNCILMAN MIKE PACINI |
| COMMISSIONER YVONNE ATKINSON GATES | MR. ANDREW PASCAL |
| MR. TOM JENKIN | |

3150 Paradise Road
Las Vegas, NV 89109-9096
(702) 892-0711
VisitLasVegas.com
LVCVA.com
VisitLaughlin.com
VisitMesquite.com

GLS Research  
Calendar Year 2006

Page 33  
Las Vegas Visitor Profile

FIGURE 20  
Whether Used The Internet To Plan Trip*



Visitors were asked if they used the Internet to plan their trip, and 43% said yes, up slightly from 2004 and 2005, but up significantly from 32% in 2003 (Figure 20).

---

\*   NOTE: With data now reported on a CALENDAR year basis, the 2003 figures in this report may differ from FISCAL year 2003 results reported in previous visitor profile studies.

Only "yes" responses are reported in this chart.



FIGURE 23
Web Site Used To Book Accommodations*
(Among Those Who Booked Their
Accommodations In Las Vegas Online)

Among those who booked their accommodations online for their current trip to Las Vegas, four in ten (40%) said they used a hotel web site, down from 48% last year (Figure 23). Seventeen percent (17%) said they used Expedia, up from 13% in 2005. Six percent (6%) used Travelocity, 5% used Orbitz, while the remaining visitors used a variety of other web sites.

---

\*   NOTE: With data now reported on a CALENDAR year basis, the 2003 figures in this report may differ from FISCAL year 2003 results reported in previous visitor profile studies.

FIGURE 69

VISITOR DEMOGRAPHICS*

|  | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| **ETHNICITY** | | | | |
| White | 83% | 80% | 83% | 85% |
| African American/Black | 6 | 6 | 4 | 4 |
| Asian/Asian American | 4 | 7 | 5 | 4 |
| Hispanic/Latino | 7 | 7 | 7 | 6 |
| Other | 1 | 0 | 1 | 1 |
| **HOUSEHOLD INCOME** | | | | |
| Less than $20,000 | 4 | 3 | 1 | 1 |
| $20,000 to $39,999 | 19 | 13 | 6 | 6 |
| $40,000 to $59,999 | 27 | 23 | 18 | 18 |
| $60,000 to $79,999 | 17 | 21 | 24 | 21 |
| $80,000 to $99,999 | 12 | 13 | 15 | 15 |
| $100,000 or more | 10 | 13 | 22 | 24 |
| Not sure/no answer | 12 | 15 | 14 | 15 |
| **VISITOR ORIGIN** | | | | |
| U.S.A. | <u>88</u> | <u>87</u> | <u>88</u> | <u>87</u> |
| Eastern states† | 8 | 10 | 9 | 8 |
| Southern states‡ | 12 | 13 | 13 | 13 |
| Midwestern states§ | 16 | 17 | 14 | 14 |
| Western states** | <u>52</u> | <u>48</u> | <u>52</u> | <u>52</u> |
| California | <u>34</u> | <u>31</u> | <u>33</u> | <u>32</u> |
| Southern California | 29 | 27 | 29 | 27 |
| Northern California | 5 | 4 | 4 | 6 |
| Arizona | 5 | 6 | 6 | 7 |
| Other Western states | 13 | 11 | 13 | 12 |
| No ZIP code given | 0 | 0 | 0 | 0 |
| Foreign | <u>12</u> | <u>13</u> | <u>12</u> | <u>13</u> |
| **BASE** | (3345) | (3300) | (3600) | (3599) |

---

\* NOTE: With data now reported on a CALENDAR year basis, the 2003 figures in this report may differ from FISCAL year 2003 results reported in previous visitor profile studies.
† <u>Eastern states</u>: Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, and Vermont.
‡ <u>Southern states</u>: Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and West Virginia.
§ <u>Midwestern states</u>: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, and Wisconsin.
** <u>Western states</u>: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada (excluding Clark County), New Mexico, Oregon, Utah, Washington, and Wyoming.