| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | TRENTON H. NORRIS (SBN 164781) |
| 2 | THOMAS S. HIXSON (SBN 193033) |
| | MAZEN M. BASRAWI (SBN 235475) |
| 3 | ERICA BRAND PORTNOY (SBN 244923) |
| | Three Embarcadero Center |
| 4 | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| 5 | Facsimile: 415.393.2286 |
| | Email: trent.norris@bingham.com |
| 6 | thomas.hixson@bingham.com |
| | mazen.basrawi@bingham.com |
| 7 | erica.brand@bingham.com |
| 8 | DOLL AMIR & ELEY LLP |
| | GREGORY L. DOLL (SBN 193205) |
| 9 | HUNTER R. ELEY (SBN 224321) |
| | 1888 Century Park East, Suite 1106 |
| 10 | Los Angeles, CA 90067 |
| | Telephone: 310.557.9100 |
| 11 | Facsimile: 310.557.9101 |
| | Email: gdoll@dollamir.com |
| 12 | heley@dollamir.com |
| 13 | Attorneys for Plaintiff |
| | JONATHAN BROWNING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | JONATHAN BROWNING, INC., a California corporation, | No. C 07-3983 JSW |
| 20 | Plaintiff, | **DECLARATION OF MARCO HEITHAUS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| 21 | v. | |
| 22 | VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | |
| | | Date: November 9, 2007 |
| | | Time: 9:00 a.m. |
| | | Place: Courtroom 2, 17th Floor |
| | | Judge: Honorable Jeffrey S. White |
| 25 | Defendants. | |

A/72229698.2/3006638-0000326553

Case No.: C 07-3983 JSW

DECLARATION OF MARCO HEITHAUS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS

1    I, Marco Heithaus declare:

2    1.    I am one of the co-owners of Jonathan Browning, Inc., the Plaintiff in this action. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would competently testify to them.

5    2.    On or about July 10, 2007, Jonathan Browning delivered to the Copyright Office the deposit, application, and fee required for registration of the Trianon and Ledoux sconces designed by Jonathan Browning for Jonathan Browning, Inc.

8    3.    Registration of the designs of the Trianon and Ledoux sconces was refused in letters dated July 18 and August 1, 2007 from Examiner Cynthia Hutchins of the Copyright Office. I received these letters prior to the filing of the Complaint in this matter.

11   4.    On April 19, 2006, I received a fax in our San Francisco office from Aileen Pauco, Buyer for the Venetian Resort Hotel and Casino. A true and correct copy of the fax cover page from Aileen Pauco addressed to me, Marco Heithaus, dated April 19, 2006, is attached hereto as **Exhibit A.**

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was signed in San Francisco, California on October 3, 2007.

                                              /s/ Marco Heithaus
                                              Marco Heithaus