# EXHIBIT A

SF/21705150.1



**THE VENETIAN**
*Resort · Hotel · Casino*
3355 Las Vegas Boulevard South • Las Vegas, NV 89109 • (702) 414-1000



| | | | |
|---|---|---|---|
| To: | Marco @ Jonathan Browning | From: | Aileen Pauco |
| Phone: | 415-401-9999 | Email: | aileen.pauco@venetian.com |
| Fax: | 415-341-8886 | Phone: | (702) 414-1457 |
| Pages: | 5 including cover | Fax: | (702) 414-4810 |
| RE: | Venetian Tower Remodel | Date: | 4/19/2006 |

Our designers at KNA Interior Design have specified your item(s) for our "Venetian Tower Remodel." Pls. find attached Bid Form and specs pertaining to the project. Pls. take note of the following:

1. Fill out the Request for Bid form *completely*. If a standard company quote is available, pls. attach to the Request for Bid form.
2. *The delivery date for the project is tentatively set on June 15th*. If the delivery date cannot be fulfilled, pls. contact the buyer immediately.
3. All bids must be submitted by April 21st.

Let me know if you have any questions or concerns.

Thank you,


Aileen Pauco
Buyer
The Venetian Resort Hotel Casino

The information contained in this facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us via U.S.Postal Service. Thank you.