1   BINGHAM MCCUTCHEN LLP
    TRENTON H. NORRIS (SBN 164781)
2   THOMAS S. HIXSON (SBN 193033)
    MAZEN M. BASRAWI (SBN 235475)
3   ERICA BRAND PORTNOY (SBN 244923)
    Three Embarcadero Center
4   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286
    Email:  trent.norris@bingham.com
6           thomas.hixson@bingham.com
            mazen.basrawi@bingham.com
7           erica.brand@bingham.com

8   DOLL AMIR & ELEY LLP
    GREGORY L. DOLL (SBN 193205)
9   HUNTER R. ELEY (SBN 224321)
    1888 Century Park East, Suite 1106
10  Los Angeles, CA 90067
    Telephone:  310.557.9100
11  Facsimile:  310.557.9101
    Email:  gdoll@dollamir.com
12          heley@dollamir.com

13  Attorneys for Plaintiff
    JONATHAN BROWNING, INC.

14

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                              SAN FRANCISCO DIVISION

18

| 19 | JONATHAN BROWNING, INC., a California corporation, | No. C 07-3983 JSW |
|---|---|---|
| 20 | | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| 21 | Plaintiff, v. | |
| 22 | VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | Date:  November 9, 2007 Time: 9:00 a.m. Place: Courtroom 2, 17th Floor Judge: Honorable Jeffrey S. White |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

26

27

28

A/72228569.3/3006638-0000326553                                       Case No.:  C 07-3983 JSW

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS

1  Plaintiff Jonathan Browning, Inc. hereby requests the Court to take judicial notice
2  pursuant to Federal Rule of Evidence 201 of the document filed with this Request for Judicial
3  Notice.
4  Judicial notice may be taken at any stage of the proceeding. Fed. R. Evid. 201(f);
5  *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (A matter that is properly the
6  subject of judicial notice may be considered along with the complaint when deciding a motion to
7  dismiss for failure to state a claim.) Judicial notice is mandatory "if requested by a party and
8  [the court is] supplied with the necessary information." Fed. R. Evid. 201(d).
9  Pursuant to Federal Rule of Evidence 201, Jonathan Browning requests that the
10 Court take judicial notice of a civil complaint filed by the Venetian Casino Resort, LLC against
11 Naked Belly Productions and W. Gregory Catalano on March 26, 2003 in the Northern District
12 of California, Case No. C 03-01307 JL. A true and correct copy of the Complaint is attached
13 hereto as **Exhibit A**.
14 Under Federal Rule of Evidence 201, judicial notice is properly taken of prior
15 proceedings and papers on file with another court. *United States ex rel. Robinson Rancheria*
16 *Citizens Council v. Borneo, Inc*., 971 F.2d 244, 248 (9th Cir. 1992) (court took judicial notice of
17 proceedings, filings and final judgment of a state court); *Mullis v. United States Bankr. Ct*., 828
18 F.2d 1385, 1388 n.9 (9th Cir. 1987) (holding that "pleadings, orders and other papers on file"
19 with another court are subject to judicial notice under Fed. R. Evid. 201); *see also Rothman v.*
20 *Gregor,* 220 F.3d 81, 92 (2d Cir. 2000) (taking "judicial notice of the . . . complaint as a public
21 record" when submitted by plaintiff in their papers in opposition to motion to dismiss). Here, the
22 Venetian's complaint is on file in this Court.
23 The attached complaint is relevant to Defendants' motion to dismiss for lack of
24 personal jurisdiction. As Jonathan Browning explains in its accompanying opposition to
25 Defendants' motion to dismiss, the Venetian's complaint in Case No. C 03-01307 sets forth facts
26 that show that general jurisdiction exists in this Court over the Venetian, and the Venetian is
27 estopped to deny those facts.
28 /

1. Accordingly, Jonathan Browning respectfully requests that the Court take judicial notice of the Venetian's complaint previously submitted to this Court.

DATED: October 3, 2007

BINGHAM MCCUTCHEN LLP

By: /s/ Thomas S. Hixson
Thomas S. Hixson
Attorneys for Plaintiff
JONATHAN BROWNING, INC.

DATED: October 3, 2007

DOLL AMIR & ELEY LLP

By: /s/ Gregory L. Doll
Gregory L. Doll
Attorneys for Plaintiff
JONATHAN BROWNING, INC.