| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | TRENTON H. NORRIS (SBN 164781) |
| 2 | THOMAS S. HIXSON (SBN 193033) |
|   | MAZEN M. BASRAWI (SBN 235475) |
| 3 | ERICA BRAND PORTNOY (SBN 244923) |
|   | Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286 |
|   | Email:  trent.norris@bingham.com |
| 6 |          thomas.hixson@bingham.com |
|   |          mazen.basrawi@bingham.com |
| 7 |          erica.brand@bingham.com |
| 8 | DOLL AMIR & ELEY LLP |
|   | GREGORY L. DOLL (SBN 193205) |
| 9 | HUNTER R. ELEY (SBN 224321) |
|   | 1888 Century Park East, Suite 1106 |
| 10 | Los Angeles, CA 90067 |
|    | Telephone:  310.557.9100 |
| 11 | Facsimile:  310.557.9101 |
|    | Email:  gdoll@dollamir.com |
| 12 |          heley@dollamir.com |
| 13 | Attorneys for Plaintiff |
|    | JONATHAN BROWNING, INC. |
| 14 | |
| 15 | UNITED STATES DISTRICT COURT |
| 16 | NORTHERN DISTRICT OF CALIFORNIA |
| 17 | SAN FRANCISCO DIVISION |
| 18 | |

| | | |
|---|---|---|
| 19 | JONATHAN BROWNING, INC., a California corporation, | No. C 07-3983 JSW |
| 20 | Plaintiff, | **PLAINTIFF'S OBJECTIONS TO THE DECLARATION OF MICHELLE A. HON SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| 21 | v. | |
| 22 | VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | |
| 23 | | Date:     November 9, 2007 |
|    | | Time:     9:00 a.m. |
| 24 | | Place:    Courtroom 2, 17th Floor |
|    | | Judge:    Honorable Jeffrey S. White |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

A/72234805.2/2012696-2126960004                                        Case No.:  C 07-3983 JSW

PLAINTIFF'S OBJECTIONS TO THE DECLARATION OF MICHELLE A. HON SUBMITTED
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

1    Plaintiff Jonathan Browning, Inc. objects to the Declaration of Michelle A. Hon
2 submitted in support of Defendants' Motion to Dismiss on the grounds that the Declaration sets
3 forth facts that are irrelevant. Fed. R. Evid. 402. Defendants present Ms. Hon's declaration in
4 support of their assertion that the Court lacks subject matter jurisdiction over Plaintiff's
5 copyright infringement claim because Plaintiff does not have a registered copyright in the sconce
6 designs at issue. However, for the reasons stated in Plaintiff's Memorandum of Points and
7 Authorities in Support of its Opposition to Defendants' Motion to Dismiss, Plaintiff does not
8 need a registered copyright to bring suit. *See* 17 U.S.C. § 411(a). Accordingly, Ms. Hon's
9 declaration is irrelevant to the question of subject matter jurisdiction under the Copyright Act.
10
11 DATED: October 3, 2007
12
13                                    BINGHAM MCCUTCHEN LLP
14
15                                    By:      /s/ Thomas S. Hixson
16                                             Thomas S. Hixson
                                               Attorneys for Plaintiff
17                                             JONATHAN BROWNING, INC.
18 DATED: October 3, 2007
19                                    DOLL AMIR & ELEY LLP
20
21
22                                    By:      /s/ Gregory L. Doll
                                               Gregory L. Doll
23                                             Attorneys for Plaintiff
                                               JONATHAN BROWNING, INC.
24
25
26
27
28

A/72234805.2/2012696-2126960004        1        Case No.: C 07-3983 JSW

PLAINTIFF'S OBJECTIONS TO THE DECLARATION OF MICHELLE A. HON SUBMITTED
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS