1  Ray L. Wong (SBN 84193)
   DUANE MORRIS LLP
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   DUANE MORRIS LLP
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:   mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: C 07-3983 JSW<br><br>SUPPLEMENTAL DECLARATION OF FRANKLIN H. LEVY IN SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES RE MOTION TO DISMISS<br><br>Date: November 2, 2007<br>Time: 9:00 am<br><br>Complaint Filed: August 2, 2007<br>Judge: Jeffrey S. White<br>Courtroom: 2, 17th floor |

I, Franklin H. Levy, declare:

1.   I am Special Counsel to Venetian Casino Resort, LLC. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently to them.

DM1\1204724.1                                                                 Case No.: C 07-3983 JSW
DECLARATION OF FRANKLIN H. LEVY

2. I submit this supplemental declaration in support of Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss.

3. The pertinent records of Venetian Casino Resort LLC's human resources department indicate Venetian Casino Resort LLC does not presently employ anyone by the name of Aileen Pauco. Upon further inquiry, I discovered that an Aileen Pauco was previously employed by Venetian Casino Resort LLC.

4. Venetian Casino Resort LLC cannot find any record of requesting a bid from Jonathan Browning, Inc. for wall sconces.

5. I have reviewed the Declaration of Marco Heithaus and the fax cover sheet attached as Exhibit A. Although its investigation is still ongoing, Venetian Casino Resort LLC has not been able to find a record of this fax cover sheet.

6. The Venetian Casino Resort LLC operates a website that can be accessed at www.venetian.com. This website provides information regarding entertainment and services offered by the Venetian Resort Hotel and Casino in Nevada, such as entertainment, accommodations, dining, gambling. The only interactive part of the website is the ability to reserve a room at The Venetian Resort Hotel and Casino. Venetian Casino Resort LLC does not sell goods through its website or ship goods ordered from any website into California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of October, 2007 at Las Vegas, Nevada.

Franklin H. Levy

```
*********************
***   RX REPORT   ***
*********************
```

RECEPTION OK

| | |
|---|---|
| TX/RX NO | 5348 |
| RECIPIENT ADDRESS | 7027335761 |
| DESTINATION ID | |
| ST. TIME | 10/10 14:51 |
| TIME USE | 00'26 |
| PGS. | 2 |
| RESULT | OK |