1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS LLP**
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:  mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  JONATHAN BROWNING, INC., a California corporation, | Case No.: C 07-3983 JSW |
| 16                  Plaintiff, | **DECLARATION OF SERVICE** |
| 17  v. | **Date:** November 9, 2007<br>**Time:** 9:00 am |
| 18  VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | **Complaint Filed:** August 2, 2007<br>**Judge:** Jeffrey S. White<br>**Courtroom:** 2, 17th floor |
| 21                  Defendant. | |

23

24     I am a resident of the state of California, I am over the age of 18 years, and I am not a party

25 to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California

26 92101. On the date listed below, I served the following document(s) in the manner indicated:

27 ///

28

DM1\1195035.1                                          Case No.: C 07-3983 JSW

REPLY IN SUPPORT OF MOTION TO DISMISS

SUPPLEMENTAL DECLARATION OF FRANKLIN H. LEVY IN SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES RE MOTION TO DISMISS

DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE DECLARATION OF MICHELLE A. HON AND FRANKLIN H. LEVY SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

DEFENDANTS' EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE THE DECLARATION OF MARCO HEITHAUS AND THOMAS S. HIXSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

☑   via electronic means through ECF.

☑   by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com | Attorneys for Plaintiff<br><br>**VIA ECF** |
| Gregory Lawrence Doll, Esq.<br>Hunter Randolph Eley, Esq.<br>Doll & Amir LLP<br>1888 Century Park E., Suite 1106<br>Los Angeles, CA 90067-1715 | Attorneys for Plaintiff<br><br>**VIA U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed October 10, 2007, at San Diego, California.

_____
Susan Baker

DM1\1195035.1                                      2                         Case No.: C 07-3983 JSW