United States District Court
Northern District of California

1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**

9       **Northern District of California**

10      Jonathan Browning, Inc.,                    07-03983 JSW

11                  Plaintiff(s),                   **NOTICE RE: NONCOMPLIANCE
                                                    WITH COURT ORDER**
12          v.

13      ,

14                  Defendant(s).

15

16          The parties have failed to file an ADR Certification and either a Stipulation and

17      [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18      Conference as required by the Initial Case Management Scheduling Order.  Counsel

19      shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20      matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21      an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22      **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23      ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24      at www.adr.cand.uscourts.gov.)

25

26          Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27      copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28      (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

Notice Re: Noncompliance With Court Order

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: October 31, 2007

9                                              RICHARD W. WIEKING
                                               Clerk
10                                             by:    Timothy J. Smagacz

11                                             *Timothy Smagacz*

12                                             ADR Administrative Assistant
                                               415-522-4205
13                                             Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:      Jonathan Browning, Inc. v.

Case Number:    07-03983 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 31, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Hunter Randolph Eley
> Doll & Amir LLP
> 1888 Century Park E #1106
> Los Angeles, CA 90067
>
> Trenton Herbert Norris
> Bingham McCutchen LLP
> Three Embarcadero Center
> 18th Floor
> San Francisco, CA 94111
> trent.norris@bingham.com
>
> Gregory Lawrence Doll
> Doll & Amir LLP
> 1888 Century Park E Ste 1106
> Los Angeles, CA 90067-1715
>
> Mazen Mohammed Basrawi
> Bingham McCutchen, LLP
> Three Embarcadero Center
> San Francisco, CA 94111

mazen.basrawi@bingham.com

Thomas S. Hixson
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
thomas.hixson@bingham.com

Ray L. Wong
Hancock Rothert & Bunshoft LLP
Four Embarcadero Center
San Francisco, Ca 94111
rwong@hrblaw.com

Michelle A. Hon
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA 92101
mhon@duanemorris.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov