BINGHAM MCCUTCHEN LLP
TRENTON H. NORRIS (SBN 164781)
THOMAS S. HIXSON (SBN 193033)
MAZEN M. BASRAWI (SBN 235475)
ERICA BRAND PORTNOY
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
Email: trent.norris@bingham.com
       thomas.hixson@bingham.com
       mazen.basrawi@bingham.com
       erica.brand@bingham.com

DOLL AMIR & ELEY LLP
GREGORY L. DOLL (SBN 193205)
HUNTER R. ELEY (SBN 224321)
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
Telephone: 310.557.9100
Facsimile: 310.557.9101
Email: gdoll@dollamir.com
       heley@dollamir.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 07-3983 JSW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Hon. Jeffrey S. White |

A/72294294.1/3006638-0000326553

Case No. C 07-3983 JSW

ADR CERTIFICATION

Pursuant to Civil L.R. 16-8(b), and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: 11/4/07

JONATHAN BROWNING, INC.

By: _____
Marco Heithaus
Co-owner
Jonathan Browning, Inc.

DATED: October 31, 2007

BINGHAM McCUTCHEN LLP

By: _____
Thomas S. Hixson
Attorneys for Plaintiff
JONATHAN BROWNING, INC.

A/72294294.1/3006638-0000326553

Case No. C 07-3983 JSW

ADR CERTIFICATION