**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JONATHAN BROWNING, INC.,

10            Plaintiff,                          No. C 07-03983 JSW

11      v.

12   VENETIAN CASINO RESORT LLC, ET AL.,          **ORDER VACATING HEARING
                                                  DATE**
13            Defendants.
                                             /
14

15        The motion to dismiss filed by Defendants is currently set for hearing on Friday,

16   November 9, 2007 at 9:00 a.m.  This matter is now fully briefed and ripe for decision.  The

17   Court finds that this matter is appropriate for disposition without oral argument and the matter

18   is deemed submitted. *See* Civ. L.R. 7-1(b).  Accordingly, the hearing set for November 9, 2007

19   is HEREBY VACATED.

20

21        **IT IS SO ORDERED.**

22   Dated:  November 5, 2007

23                                           _____
                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28