1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS LLP**
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:   mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11

12                  **IN THE UNITED STATES DISTRICT COURT**

13                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

15 | JONATHAN BROWNING, INC., a California corporation, | Case No.: C 07-3983 JSW |
   |---|---|
16 | Plaintiff, | **DECLARATION OF RAY L. WONG IN SUPPORT OF DEFENDANTS'** |
17 | v. | **MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE CASE** |
18 | VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | **MANAGEMENT CONFERENCE (CIVIL LOCAL RULE 7-11)** |
   | Defendant. | **Complaint Filed:** August 2, 2007<br>**Judge:** Hon. Jeffrey S. White<br>**Courtroom:** 2, 17th floor |

24

25 ///

26 ///

27 ///

28 ///

---

DECLARATION OF RAY L. WONG                                               CASE NO.: C 07-3983 JSW
DM1\1223765.1

I, Ray L. Wong, declare:

1. I am an attorney licensed to practice in the State of California and I am admitted to practice before this Court. I am a partner of the law firm Duane Morris LLP, and lead counsel for defendants Venetian Casino Resort LLC, Las Vegas Sands LLC, and Las Vegas Sands Corp. ("Defendants"). I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Defendants' Motion for Administrative Relief to Continue the Case Management Conference Date. By submitting this declaration Defendants do not waive but expressly reserve their objections based on lack of personal jurisdiction or the other grounds set forth in Defendants' pending motion to dismiss.

3. I have an unavoidable calendar conflict with the November 16, 2007 initial Case Management Conference date because I am scheduled to be at an important deposition in another case currently pending in Los Angeles Superior Court on that date. The case involves multiple parties and the conflicting deposition is the second day of deposition of an attorney witness. The first day of deposition took months to schedule and was ultimately held on a Sunday to accommodate the witnesses' schedule. The second day of deposition was very difficult to schedule and in fact begins at 7:00 a.m. to again accommodate the witnesses' difficult schedule and cannot be rescheduled without substantial prejudice to all parties in the action.

4. In addition, when the deposition is over, I am scheduled and registered to attend the National Asian Pacific American Bar Association Conference for the remainder of that day and during the weekend.

5. I notified Plaintiff's counsel of my scheduling conflict and we attempted to meet and confer regarding an alternate date for the Case Management Conference. We were informed by the court clerk that the next available court date for a Case Management Conference was November 30, 2007. It is my understanding that Plaintiff's counsel is not available on November 30, 2007. Thus, the next available court date that does not conflict with Plaintiff's counsel's calendar is December 7, 2007.

///

6. On November 6, 2007, Plaintiff's counsel sent me an e-mail stating that Plaintiff would not agree to continue the Case Management Conference to December 7, 2007. A true and correct copy of the November 6, 2007 e-mail is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 8th day of November, 2007 at Los Angeles California.

                                                     /s/ Ray L. Wong
                                                 Ray L. Wong