Exhibit A to Declaration of Ray L. Wong

**Fogarty, Suzanne R.**

From: Hon, Michelle
Sent: Thursday, November 08, 2007 10:02 AM
To: Fogarty, Suzanne R.
Subject: FW: Jonathan Browning, Inc. v. Venetian Casino Resort LLC, et al., Case No. 07-3983 JSW

From: Brand, Erica [mailto:erica.brand@bingham.com]
Sent: Tuesday, November 06, 2007 2:03 PM
To: Wong, Ray L.; Hon, Michelle
Cc: Hixson, Thomas S.
Subject: Jonathan Browning, Inc. v. Venetian Casino Resort LLC, et al., Case No. 07-3983 JSW

Ray,
Thank you for your call earlier today. While we appreciate the concerns that underlie your request, unfortunately we are not willing to push out the Case Management Conference until December 7. We are accommodating when we can be, however, we are concerned about the delay the continuance would cause. Although we understand that Judge White only holds case management conferences on Friday afternoons, we would be amenable to an earlier date such as November 14th or 19th if you are able to make alternative arrangements through an administrative motion.

Best regards,
Erica Brand
*Associate*
T 415.393.2252
F 415.393.2286
erica.brand@bingham.com

BINGHAM
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

================================================================

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent. The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.
================================================================

11/8/2007