1  BINGHAM MCCUTCHEN LLP
   TRENTON H. NORRIS (SBN 164781)
2  THOMAS S. HIXSON (SBN 193033)
   MAZEN M. BASRAWI (SBN 235475)
3  ERICA BRAND PORTNOY (SBN 244923)
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286
   Email:  trent.norris@bingham.com
6          thomas.hixson@bingham.com
           mazen.basrawi@bingham.com
7          erica.brand@bingham.com

8  DOLL AMIR & ELEY LLP
   GREGORY L. DOLL (SBN 193205)
9  HUNTER R. ELEY (SBN 224321)
   1888 Century Park East, Suite 1106
10 Los Angeles, CA 90067
   Telephone:  310.557.9100
11 Facsimile:  310.557.9101
   Email: gdoll@dollamir.com
12        heley@dollamir.com

13 Attorneys for Plaintiff
   JONATHAN BROWNING, INC.
14
   Ray L. Wong (SBN 84193)                      Michelle Hon (SBN 234492)
15 **DUANE MORRIS LLP**                         **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000          101 West Broadway, Suite 900
16 San Francisco, CA 94105-1104                 San Diego, CA 92101
   Telephone: 415.957.3000                      Telephone: 619.744.2200
17 Facsimile: 415.957-3001                      Facsimile: 619.744.2201
   E-Mail:  rlwong@duanemorris.com              E-Mail:   mhon@duanemorris.com
18
   Specially Appearing for Defendants VENETIAN
19 CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
   and LAS VEGAS SANDS CORP
20

21                 **IN THE UNITED STATES DISTRICT COURT**

22                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

23 

| JONATHAN BROWNING, INC., | Case No.: C 07-3983 JSW |
|---|---|
| Plaintiff, | **ATTESTATION CLAUSE** |
| v. | Date:     November 16, 2007 |
|  | Time:     1:30 p.m. |
| VENETIAN CASINO RESORT, LLC, et al., | Place:    Courtroom 2 |
|  | Judge:    Hon. Jeffrey S. White |
| Defendant. |  |

28

DM1\1218474.2                                               Case No.: C 07-3983 JSW
                           ATTESTATION CLAUSE
A/72306946.1

## **ATTESTATION CLAUSE**

I, Erica Brand Portnoy, am the ECF User whose ID and password are being used to file the Joint Case Management Statement. In compliance with General Order 45, X.B., I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: November 8, 2007

                                             BINGHAM MCCUTCHEN LLP

                                      By:   /s/ Erica Brand Portnoy
                                              Erica Brand Portnoy
                                              Attorneys for Plaintiff
                                          JONATHAN BROWNING, INC.