UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BROWNING, INC.,

        Plaintiff,

v.

VENETIAN CASINO RESORT, LLC, et al.,

        Defendant.
_____/

Case No. C 07-3983 JSW

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
-     Non-binding Arbitration (ADR L.R. 4)
-     Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ✓   Mediation (ADR L.R. 6)

    The parties agree to private mediation before JAMS or another private mediation service agreeable to the parties, although they believe that, given the early stage of this litigation, any such mediation should take place at the appropriate time.

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓     other requested deadline   TBD

Dated: November 8, 2007                     /s/ Thomas S. Hixson
                                                  Attorney for Plaintiff

Dated: November 8, 2007                     /s/ Michelle A. Hon
                                                  Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
✓    Mediation
    Private ADR

    Deadline for ADR session
    90 days from the date of this order.
✓    other    TBD   .


IT IS SO ORDERED.


Dated:_____

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE