Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:   mhon@duanemorris.com

Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: C 07-3983 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**Complaint Filed:** August 2, 2007<br>**Judge:** Hon. Jeffrey S. White<br>**Courtroom:** 2, 17th floor |

///

///

///

///

///

DM1\1223594.1

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF    CASE NO.: C 07-3983 JSW

1  The Court after consideration of Defendants' Motion for Administrative Relief to Continue the Case
2  Management Conference, and supporting pleadings, as well as the Declaration of Ray L. Wong, the
3  Court grants the Motion as follows:
4     The initial Case Management Conference, currently scheduled for November 16, 2007, is
5  ~~continued until December 7, 2007.~~ vacated and shall be reset by the Court order resolving the pending motion to dismiss.

7  **IT IS SO ORDERED.**

9  Dated: __November 13__, 2007    By:  _____/s/ Jeffrey S. White_____
10                                       Hon. Jeffery S. White
                                         District Court Judge, Northern District