1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS** LLP
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS** LLP
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:   mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | JONATHAN BROWNING, INC., a California    | Case No.: C 07-3983 JSW
     corporation,
16 |                                          | **DECLARATION OF SERVICE**
               Plaintiff,
17
        v.
18
   | VENETIAN CASINO RESORT, LLC, a Nevada    | **Complaint Filed:** August 2, 2007
19 | limited liability company; LAS VEGAS SANDS, | **Judge:** Jeffrey S. White
     LLC, a Nevada limited liability company; LAS | **Courtroom:** 2, 17th floor
20 | VEGAS SANDS CORP., a Nevada corporation; and
     DOES 1 through 100, inclusive,
21
               Defendant.
22

23
          I am a resident of the state of California, I am over the age of 18 years, and I am not a party
24
   to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California
25
   92101. On the date listed below, I served the following document(s) in the manner indicated:
26
   ///
27

28

DM1\1195035.1                                                              Case No.: C 07-3983 JSW

| | |
|---|---|
| 1 | DEFENDANTS' THIRD PARTY COMPLAINT FOR INDEMNIFICATION AND DECLARATORY RELIEF |

☑ via electronic means through ECF.

☐ by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS THROUGH ECF** |
| Gregory Lawrence Doll, Esq.<br>Hunter Randolph Eley, Esq.<br>Doll & Amir LLP<br>1888 Century Park E., Suite 1106<br>Los Angeles, CA 90067-1715 | Attorneys for Plaintiff<br><br>**VIA U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed January 30, 2008, at San Diego, California.

_Susan Baker_
Susan Baker