UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Browning Inc.

        Plaintiff(s),

v.

Venetian Casino Resort LLC, Las Vegas
Sands Corp. and Las Vegas Sands LLC
        Defendant(s).

Case No. C 07-3983 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/3/08

Dated: _____

[signature]
[Party] Venetian Casino Resort LLC,
Las Vegas Sands Corp., and Las Vegas
Sands LLC
Michelle A. Hon
[Counsel]