# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 8, 2008                        **Court Reporter**: Jim Yeomans

**CASE NO. C-07-3983  JSW**

**TITLE:**  Jonathan Browning Inc., v. Venetian Casino Resort, LLC, et al.,

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Thomas Hixson                                          Ray Wong
Erica Brand                                              Michelle Hon

**PROCEEDINGS:**  Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 2-15-08.

ADR:  Private Mediation to be completed by 5-8-08

Counsel shall meet and confer and submit a proposed schedule, including discovery, by 2-15-08.  If counsel are unable to stipulate the Court will select dates.

Further CMC:  5-30-08 at 1:30 p.m.
Joint CMC statement due:  5-23-08