**Johnathan E. Mansfield (SBN 214848)**
SCHWABE, WILLIAMSON & WYATT
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone:   (503) 222-9981
Facsimile:   (503) 796-2900
Email: jmansfield@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.   C 07-3983 JSW<br><br>NOTICE OF APPEARANCE OF JOHNATHAN E. MANSFIELD |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,<br><br>Third-Party Defendant. | |

1  Johnathan E. Mansfield of Schwabe, Williamson & Wyatt, P.C. hereby appears as counsel
2  for Third-Party Defendant KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS in
3  the above-captioned case.

4  Dated this 12th day of February, 2008.

6  Respectfully submitted,

7  SCHWABE, WILLIAMSON & WYATT, P.C.

9  By: /s/ Johnathan E. Mansfield
   Johnathan E. Mansfield
   Attorneys for Third-Party Defendant, KIRK NIX ASSOCIATES INC., D/B/A KNA INTERIOR DESIGNS

-2-     Case No. C 07-3983 JSW
NOTICE OF APPEARANCE OF JOHNATHAN E. MANSFIELD
PDX/116887/156176/JEM/2321136.1