1   BINGHAM MCCUTCHEN LLP
    TRENTON H. NORRIS (SBN 164781)
2   THOMAS S. HIXSON (SBN 193033)
    MAZEN M. BASRAWI (SBN 235475)
3   ERICA BRAND PORTNOY (SBN 244923)
    Three Embarcadero Center
4   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286
    Email:  trent.norris@bingham.com
6           thomas.hixson@bingham.com
            mazen.basrawi@bingham.com
7           erica.brand@bingham.com

8   DOLL AMIR & ELEY LLP
    GREGORY L. DOLL (SBN 193205)
9   HUNTER R. ELEY (SBN 224321)
    1888 Century Park East, Suite 1106
10  Los Angeles, CA 90067
    Telephone:  310.557.9100
11  Facsimile:  310.557.9101
    Email:  gdoll@dollamir.com
12          heley@dollamir.com

13  Attorneys for Plaintiff
    JONATHAN BROWNING, INC.

14
    Ray L. Wong (SBN 84193)                  Michelle Hon (SBN 234492)
15  **DUANE MORRIS LLP**                     **DUANE MORRIS LLP**
    One Market, Spear Tower, Suite 2000      101 West Broadway, Suite 900
16  San Francisco, CA 94105-1104             San Diego, CA 92101
    Telephone:  415.957.3000                 Telephone: 619.744.2200
17  Facsimile:  415.957-3001                 Facsimile: 619.744.2201
    E-Mail:  rlwong@duanemorris.com          E-Mail:    mhon@duanemorris.com

18
    Attorneys for Defendants VENETIAN CASINO
19  RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS
    VEGAS SANDS CORP

20

21              **IN THE UNITED STATES DISTRICT COURT**

22            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

23  JONATHAN BROWNING, INC.,          Case No.: C 07-3983 JSW

24              Plaintiff,            **JOINT STATEMENT RE CASE
                                      SCHEDULE AND REASSIGNMENT TO**
25         v.                         **MAGISTRATE JUDGE**

26  VENETIAN CASINO RESORT, LLC, et al.,     Judge:        Hon. Jeffrey S. White

27              Defendants.

28

1  VENETIAN CASINO RESORT, LLC, LAS
   VEGAS SANDS, LLC, LAS VEGAS SANDS
2  CORP.,

3                    Third-Party Plaintiffs,

4  KIRK NIX ASSOCIATES INC., D/B/A/ KNA
   INTERIOR DESIGNS, a California corporation,
5
                    Third-Party Defendant.
6

7          Pursuant to the Court's Civil Minute Order of February 11, 2008, Plaintiff Jonathan

8  Browning, Inc. ("Plaintiff") and Defendants Venetian Casino Resort, LLC, Las Vegas Sands, LLC,

9  and Las Vegas Sands Corp. (collectively "Defendants"), have conferred with respect to the subjects

10 described below.  Accordingly, the parties submit this Joint Statement.

11         1.      **Consent to Magistrate Judge for All Purposes**

12         Counsel for Plaintiff and Defendants certify that they have discussed reassignment to a

13 Magistrate Judge with their clients.  The parties have seriously considered the Court's comments

14 with regards to reassignment to a Magistrate Judge and notwithstanding that consideration, the

15 parties respectfully decline to proceed before a Magistrate Judge for all purposes.

16         **2.      Scheduling**

17         Counsel for Plaintiff and Defendants have met and conferred and agreed on the following

18 proposed schedule:

19                 Trial:                                    February 23, 2009

20                 Pre-Trial Conference:                     February 6, 2009

21                 Last day for hearing dispositive motions: November 21, 2008

22                 Completion of Expert Discovery:           October 3, 2008

23                 Rebuttal Expert Disclosure:               September 12, 2008

24                 Discovery Cutoff (non-expert):            August 29, 2008

25                 Expert Witness Disclosure:                August 29, 2008

26                 Mediation Deadline:                       May 8, 2008

27

28

1    Dated: February 15, 2008            **DUANE MORRIS LLP**

2

                               By:   /s/ Michelle Hon

3                                    Ray L. Wong
                                   Michelle Hon

4                                    Attorneys for Defendants VENETIAN CASINO
                                   RESORT LLC; LAS VEGAS SANDS LLC, and LAS

5                                    VEGAS SANDS CORP.

6
   Dated: February 15, 2008            **BINGHAM MCCUTCHEN LLP**

7

8                             By:   /s/ Thomas S. Hixson

9                                    Thomas S. Hixson
                                   Attorneys for Plaintiff Jonathan Browning, Inc.

10   Dated: February 15, 2008            **DOLL AMIR & ELEY LLP**

11

12                             By:   /s/ Gregory L. Doll
                                   Gregory L. Doll
                                   Hunter R. Eley

13                                    Attorneys for Plaintiff Jonathan Browning, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT RE CASE SCHEDULE AND REASSIGNMENT TO MAGISTRATE JUDGE

A/72436454.1