BINGHAM MCCUTCHEN LLP
TRENTON H. NORRIS (SBN 164781)
THOMAS S. HIXSON (SBN 193033)
MAZEN M. BASRAWI (SBN 235475)
ERICA BRAND PORTNOY (SBN 244923)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
Email:  trent.norris@bingham.com
        thomas.hixson@bingham.com
        mazen.basrawi@bingham.com
        erica.brand@bingham.com

DOLL AMIR & ELEY LLP
GREGORY L. DOLL (SBN 193205)
HUNTER R. ELEY (SBN 224321)
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
Telephone:  310.557.9100
Facsimile:  310.557.9101
Email:  gdoll@dollamir.com
        heley@dollamir.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

Ray L. Wong (SBN 84193)                      Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**                         **DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000          101 West Broadway, Suite 900
San Francisco, CA 94105-1104                 San Diego, CA 92101
Telephone: 415.957.3000                      Telephone: 619.744.2200
Facsimile: 415.957-3001                      Facsimile: 619.744.2201
E-Mail: rlwong@duanemorris.com               E-Mail:   mhon@duanemorris.com

Attorneys for Defendants VENETIAN CASINO
RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS
VEGAS SANDS CORP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BROWNING, INC., | Case No.: C 07-3983 JSW |
| Plaintiff, | **JOINT STATEMENT RE CASE SCHEDULE AND REASSIGNMENT TO MAGISTRATE JUDGE** |
| v. | **AND ORDER THEREON** |
| VENETIAN CASINO RESORT, LLC, et al., | Judge:      Hon. Jeffrey S. White |
| Defendants. | |

1  VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS
2  CORP.,
3          Third-Party Plaintiffs,
4  KIRK NIX ASSOCIATES INC., D/B/A/ KNA INTERIOR DESIGNS, a California corporation,
5          Third-Party Defendant.
6

7          Pursuant to the Court's Civil Minute Order of February 11, 2008, Plaintiff Jonathan
8  Browning, Inc. ("Plaintiff") and Defendants Venetian Casino Resort, LLC, Las Vegas Sands, LLC,
9  and Las Vegas Sands Corp. (collectively "Defendants"), have conferred with respect to the subjects
10 described below.  Accordingly, the parties submit this Joint Statement.

11      1.    **Consent to Magistrate Judge for All Purposes**

12      Counsel for Plaintiff and Defendants certify that they have discussed reassignment to a
13 Magistrate Judge with their clients.  The parties have seriously considered the Court's comments
14 with regards to reassignment to a Magistrate Judge and notwithstanding that consideration, the
15 parties respectfully decline to proceed before a Magistrate Judge for all purposes.

16      **2.    Scheduling**

17      Counsel for Plaintiff and Defendants have met and conferred and agreed on the following
18 proposed schedule:

| | |
|---|---|
| Trial: | February 23, 2009 |
| Pre-Trial Conference: | ~~February 6, 2009~~ February 2, 2009 at 2:00 p.m. |
| Last day for hearing dispositive motions: | November 21, 2008 |
| Completion of Expert Discovery: | October 3, 2008 |
| Rebuttal Expert Disclosure: | September 12, 2008 |
| Discovery Cutoff (non-expert): | August 29, 2008 |
| Expert Witness Disclosure: | August 29, 2008 |
| Mediation Deadline: | May 8, 2008 |

1  Dated: February 15, 2008                **DUANE MORRIS LLP**

2
                                            By:  /s/ Michelle Hon
3                                                Ray L. Wong
                                                 Michelle Hon
4                                                Attorneys for Defendants VENETIAN CASINO
                                                 RESORT LLC; LAS VEGAS SANDS LLC, and LAS
5                                                VEGAS SANDS CORP.

6
   Dated: February 15, 2008                 **BINGHAM MCCUTCHEN LLP**
7

8                                           By:  /s/ Thomas S. Hixson
                                                 Thomas S. Hixson
9                                                Attorneys for Plaintiff Jonathan Browning, Inc.

10 Dated: February 15, 2008                 **DOLL AMIR & ELEY LLP**

11
                                            By:  /s/ Gregory L. Doll
12                                               Gregory L. Doll
                                                 Hunter R. Eley
13                                               Attorneys for Plaintiff Jonathan Browning, Inc.

14

15

16
       IT IS SO ORDERED
17     AS MODIFIED                          Dated: February 15, 2008
       [signature] Jeffrey S. White
18     Judge Jeffrey S. White

19

20

21

22

23

24

25

26

27

28