1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS** LLP
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS** LLP
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:  mhon@duanemorris.com

9  Attorneys for Defendants VENETIAN CASINO
   RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS
10 VEGAS SANDS CORP.

11

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JONATHAN BROWNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: C 07-3983 JSW<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,<br><br>Third-Party Defendant. | |

STIPULATION FOR EXTENSION OF TIME
                    1                              C 07-3983 JSW

DM1\1293490.1

1  Pursuant to Local Rule 6-1(a), defendants and third-party plaintiffs, VENETIAN CASINO
2  RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. (collectively
3  "VENETIAN") and third-party defendant, KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR
4  DESIGNS ("KNA"), hereby stipulate that KNA shall have until April 7, 2008 to file an answer,
5  motion or any other responsive pleading to the Third-Party Complaint filed by VENETIAN.

6  The parties do not believe that this extension will alter the date of any event or any deadline
7  already fixed by Court order.

Dated: February 22, 2008                    **DUANE MORRIS LLP**

                                            By:   s/ Michelle A. Hon
                                                  Ray L. Wong
                                                  Michelle Hon
                                                  Attorneys for Third-Party Plaintiffs VENETIAN
                                                  CASINO RESORT, LLC, LAS VEGAS SANDS, LLC,
                                                  and LAS VEGAS SANDS CORP.

Dated: February 22, 2008                    **SCHWABE, WILLIAMSON & WYATT**

                                            By:   s/ Johnathan Mansfield
                                                  Johnathan Mansfield
                                                  Attorneys for Third-Party Defendant
                                                  KIRK NIX ASSOCIATES INC..

STIPULATION FOR EXTENSION OF TIME
2
C 07-3983 JSW

DM1\1293490.1

1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS** LLP
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS** LLP
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:   mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11

                IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendant. | Case No.: C 07-3983 JSW<br><br>**DECLARATION OF SERVICE**<br><br><br><br>**Complaint Filed:** August 2, 2007<br>**Judge:** Jeffrey S. White<br>**Courtroom:** 2, 17th floor |

   I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the following document(s) in the manner indicated:

///

DM1\1288067.1                                                                    Case No.: C 07-3983 JSW

**STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

☑   via electronic means to the E-mails listed.

☑   by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Gregory Lawrence Doll, Esq.<br>Hunter Randolph Eley, Esq.<br>Doll & Amir LLP<br>1888 Century Park E., Suite 1106<br>Los Angeles, CA 90067-1715 | Attorneys for Plaintiff<br><br>**VIA U.S. MAIL** |
| John Mansfield, Esq.<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 SW 5th Suite 1900<br>Portland, OR 97204<br>(503) 222-9981<br>jmansfield@schwabe.com | Attorneys for Third Party Defendant<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed February 22, 2008, at San Diego, California.

_____*Susan Baker*_____
Susan Baker