# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.

V.

KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-3983 JSW

TO: (Name and address of defendant)

Kirk Nix Associates Inc., d/b/a KNA Interior Designs
8255 Beverly Blvd., Suite 225
Los Angeles, CA 90048

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ray L. Wong
DUANE MORRIS, LLP
One Market Street, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
(415) 957-3000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JAN 3 1 2008

(BY) DEPUTY CLERK
SUSAN IMBRIANI

Ray L. Wong (SBN 84193)
DUANE MORRIS LLP
ONE MARKET, SPEAR TOWER
SUITE 2000
SAN FRANCISCO, CA 94105
(415) 957-1104

Attorney(s) for    VENETIAN CASINO RESORT, LLC; ETC., ET AL.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:  JONATHAN BROWNING, INC.                  Case No:  C 07-3983 JSW

Defendant: VENETIAN CASINO RESORT, LLC; ETC., ET AL.    PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    SUMMONS; COMPLAINT

2. a. Party served:   KIRK NIX. ASSOCIATES., D/B/A KNA INTERIOR DESIGNS
   b. Person served:  BETH GIBNEY, LEGAL SECRETARY AUTHORIZED TO ACCEPT ON BEHALF OF JOHN MANSFIELD, ESQ. COUNSEL FOR KIRK NIX. ASSOCIATES INC., D/B/A KNA INTERIOR DESIGNS
   c. Place of Service: 1211 SW 5TH, SUITE 1900
                        PORTLAND, OR 97204
                        {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:   FEBRUARY 1, 2008
      (2) at:   3:35 P.M.

4. Person serving:                          a. Fee for Service: $ 120.00
   MITCH WORTH                              e. Exempt from registration under
   CALEXPRESS                                  Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  FEBRUARY 4, 2008                    Signature: _____

PROOF OF SERVICE

Ray L. Wong (SBN 84193)
DUANE MORRIS LLP
ONE MARKET, SPEAR TOWER
SUITE 2000
SAN FRANCISCO, CA 94105
(415) 957-1104

Attorney(s) for        VENETIAN CASINO RESORT, LLC; ETC., ET AL.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:   JONATHAN BROWNING, INC.                     Case No:   C 07-3983 JSW

Defendant: VENETIAN CASINO RESORT, LLC; ETC., ET AL.     **PROOF OF SERVICE BY MAIL**

I, the undersigned, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 917 West Grape Street, San Diego, CA 92101, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 4, 2008     at my place of business at San Diego, California, copy of the:

   SUMMONS; COMPLAINT

were placed for deposit in the United States Postal service in a sealed envelope with postage prepaid, addressed to:

   KIRK NIX. ASSOCIATES., D/B/A KNA INTERIOR DESIGNS
   1211 SW 5TH, SUITE 1900
   PORTLAND, OR 97204

and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that date following ordinary business practice.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 4, 2008     at San Diego, California.

_Ariel Pantanella_
ARIEL PANTANELLA

**PROOF OF SERVICE BY MAIL**