**Johnathan E. Mansfield (SBN 214848)**
Schwabe, Williamson & Wyatt
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone:  (503) 222-9981
Facsimile:  (503) 796-2900
Email: jmansfield@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | CASE NO.   C 07-3983 JSW |
| Plaintiff, | Hearing Set: June 13, 2008 at 9:00 a.m._____ |
| v. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | [PROPOSED] ORDER RE THIRD PARTY DEFENDANT KNA INTERIOR DESIGNS' MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION |
| Defendants. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
| Third-Party Plaintiffs, | |
| v. | |
| KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | |
| Third-Party Defendant. | |

-1-    Case No. C 07-3983 JSW
[PROPOSED] ORDER RE KNA'S MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION
PDX/116887/156176/BWT/2521312.1

1   Having heard the motion of Third-Party Defendant KNA Interior Designs, Motion To
2   Dismiss Or Stay And Compel Arbitration, and the papers and argument in support and opposition
3   thereto, and good cause appearing therefrom, THIS COURT hereby GRANTS Third-Party
4   Defendant's motion, and ORDERS as follows:

That the third party claims for indemnity and declaratory relief asserted by Defendants/ Third-Party Plaintiffs Venetian Casino Resort, LLC, Las Vegas Sands, LLC, and Las Vegas Sands Corp. against Third-Party Defendant KNA Interior Designs, are hereby dismissed with prejudice.

DATED this ____ day of _____ 2008.

By:_____
Honorable Jeffrey S. White

Presented by:

SCHWABE, WILLIAMSON & WYATT

/s/ Johnathan E. Mansfield
Johnathan E. Mansfield
Counsel for Third-Party Defendant