1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS** LLP
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS** LLP
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:   mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  JONATHAN BROWNING, INC., a California corporation, | Case No.: C 07-3983 JSW |
| 16            Plaintiff, | **DECLARATION OF SERVICE** |
| 17       v. | |
| 18  VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | **Complaint Filed:** August 2, 2007<br>**Judge:** Jeffrey S. White<br>**Courtroom:** 2, 17th floor |
| 19 | |
| 20 | |
| 21            Defendant. | |
| 22 | |

23      I am a resident of the state of California, I am over the age of 18 years, and I am not a party
24 to this lawsuit. My business address is One Market Street, Spear Tower, San Francisco, California
25
26 94111. On the date listed below, I served the following document(s) in the manner indicated:
27 ///
28

DM1\1323720.1                                              Case No.: C 07-3983 JSW

**DEENDANTS' AMENDED THIRD PARTY COMPLAINT FOR INDEMNIFICATION, BREACH OF CONTRACT, AND DECLATORY RELIEF**

☑  via electronic means through ECF.

☑  by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Johnathan E. Mansfield, Esq. on behalf of KNA Interior Designs<br>Schwabe, Williamson & Wyatt<br>Pacwest Center<br>1211 SW 5th Avenue, Suite 1900<br>Portland Oregon 97204 | Attorney for Third-Party Defendant<br><br>**VIA ELECTRONIC MEANS THROUGH ECF** |
| Johnathan E. Mansfield, Esq. on behalf of KNA Interior Designs<br>Schwabe, Williamson & Wyatt<br>Pacwest Center<br>1211 SW 5th Avenue, Suite 1900<br>Portland Oregon 97204 | Attorney for Third-Party Defendant<br><br>**VIA U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed April 17, 2008, at San Diego, California.

_____
Yvette Andrada