**Johnathan E. Mansfield (SBN 214848)**
SCHWABE, WILLIAMSON & WYATT
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon  97204
Telephone:    (503) 222-9981
Facsimile:    (503) 796-2900
Email: jmansfield@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | CASE NO.    C 07-3983 JSW |
| Plaintiff, | |
| v. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | THIRD PARTY DEFENDANT KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS' NOTICE WITHDRAWING MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION |
| Defendants. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
| Third-Party Plaintiffs, | |
| v. | |
| KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | |
| Third-Party Defendant. | |

1   In response to the filing of Third-Party Plaintiffs Venetian Casino Resort, LLC, Las

2   Vegas Sands, LLC, Las Vegas Sands Corp.'s Amended Third Party Complaint, Third-

3   Party Defendant Kirk Nix Associates dba KNA Interior Designs ("KNA") hereby gives

4   notice withdrawing its April 7, 2008, Motion to Dismiss or Stay and Compel Arbitration.

5   KNA will shortly file and serve a revised motion to dismiss or stay and compel arbitration

6   against the claims in Third-Party Plaintiff's Amended Third Party Complaint.

7   KNA previously notified the Court of its intent to withdraw the current pending

8   motion.  The Court's docketing clerk indicated that KNA may retain the hearing date of

9   June 13, 2008, at 9:00 am to hear argument on KNA's revised motion.

10   Dated this 21st Day of April, 2008.

11                                                    SCHWABE, WILLIAMSON & WYATT, P.C.

12

13                                                    By:  /s/ Johnathan E. Mansfield
                                                          Johnathan E. Mansfield
14                                                        Attorneys for Third-Party Defendant, KIRK
                                                          NIX ASSOCIATES INC., D/B/A KNA
15                                                        INTERIOR DESIGNS

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2      I am a resident of the State of Oregon, I am over the age of 18 years, and I am not a

3  party to this lawsuit.  My business address is 1211 SW Fifth Avenue, Suite 1900,

4  Portland, Oregon  97204.  On the date listed below, I served the following document

5  titled:  THIRD PARTY DEFENDANT'S KIRK NIX ASSOCIATES INC. D/B/A KNA

6  INTERIOR DESIGN'S KNA INTERIOR DESIGNS' NOTICE WITHDRAWING

7  MOTION TO DISMISS OR STAY, in the manner indicated:

8      ☑    via electronic means to the E-mails listed.

9      ☑    by placing the document listed above in a sealed envelope to the person(s) at the
10              address set forth below with first class postage thereon fully prepaid and deposited
                said envelope with the United States Postal Service on the same date set out below.

11

12  Mazen Mohammed Basrawi, Esq.              Attorneys for Plaintiff
    Thomas Hixson, Esq.
13  Trenton Herbert Norris, Esq.              **VIA ELECTRONIC MEANS AND U.S.**
    Erica Brand, Esq.                         **MAIL**
14  Bingham McCutchen, LLP
15  Three Embarcadero Center
    San Francisco, CA  94111
16  (415) 393-2372
    mazen.basrawi@bingham.com
17  erica.brand@bingham.com
    trent.norris@bingham.com
18  thomas.hixson@bingham.com
19

20  Gregory Lawrence Doll, Esq.               Attorneys for Plaintiff
    Hunter Randolph Eley, Esq.
21  Doll & Amir LLP                           **VIA ELECTRONIC MEANS AND U.S.**
    1888 Century Park East                    **MAIL**
22  Suite 1106
23  Los Angeles, CA  90067-1715
    gdoll@dollamir.com
24  heley@dollamir.com

25

26

27

28

-1-                                          Case No. C 07-3983 JSW
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Ray L. Wong, Esq. | Attorneys for Defendants, |
| 2 | Duane Morris LLP | VENETIAN CASINO RESORT, LLC, |
| | One Market, Spear Tower | LAS VEGAS SANDS, LLC, AND LAS |
| 3 | Suite 2000 | VEGAS SANDS CORP. |
| | San Francisco, CA  94105-1104 | |
| 4 | rlwong@duanemorris.com | **VIA ELECTRONIC MEANS AND U.S.** |
| 5 | | **MAIL** |

1   Ray L. Wong, Esq.                                 Attorneys for Defendants,
2   Duane Morris LLP                                  VENETIAN CASINO RESORT, LLC,
    One Market, Spear Tower                           LAS VEGAS SANDS, LLC, AND LAS
3   Suite 2000                                        VEGAS SANDS CORP.
    San Francisco, CA  94105-1104
4   rlwong@duanemorris.com                            **VIA ELECTRONIC MEANS AND U.S.**
5                                                     **MAIL**

6
7   Michelle Hon, Esq.                                Attorneys for Defendants,
    Duane Morris LLP                                  VENETIAN CASINO RESORT, LLC,
8   101 West Broadway, Suite 900                      LAS VEGAS SANDS, LLC, AND LAS
    San Diego, CA  92101                              VEGAS SANDS CORP.
9   mhon@duanemorris.com
10                                                    **VIA ELECTRONIC MEANS AND U.S.**
                                                      **MAIL**
11

12      I declare under penalty of perjury under the laws of the State of Oregon that the

13   above is true and correct.

14

15      Executed April 21, 2008, at Portland, Oregon.

16

17
                                    /s/ Anita Erickson
18                                      Anita Erickson

19

20

21

22

23

24

25

26

27

28