| | |
|---|---|
| 1 | **Johnathan E. Mansfield (SBN 214848)** |
| | Schwabe, Williamson & Wyatt |
| 2 | Pacwest Center |
| | 1211 SW 5th Avenue, Suite 1900 |
| 3 | Portland, Oregon  97204 |
| | Telephone:   (503) 222-9981 |
| 4 | Facsimile:    (503) 796-2900 |
| | Email: jmansfield@schwabe.com |
| 5 | |
| | Attorneys for Third-Party Defendant |
| 6 | KIRK NIX ASSOCIATES INC. D/B/A |
| | KNA INTERIOR DESIGNS |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JONATHAN BROWNING, INC., | CASE NO.   C 07-3983 JSW |
| 12 | Plaintiff, | Hearing Set: June 13, 2008 at 9:00 a.m. |
| 13 | v. | |
| 14 | VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | DECLARATION OF JOHNATHAN E. MANSFIELD ISO THIRD PARTY DEFENDANT KNA INTERIOR DESIGNS' REVISED MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |
| 19 | VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
| 20 | | |
| 21 | Third-Party Plaintiffs, | |
| 22 | v. | |
| 23 | KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | |
| 24 | | |
| 25 | Third-Party Defendant. | |

-1-    Case No. C 07-3983 JSW
DECLARATION OF JOHNATHAN E. MANSFIELD ISO REVISED MOTION

1 | I, Johnathan E. Mansfield, declare the following in support of KNA Interior Designs'
2 | Motion to Dismiss or Stay and Compel Arbitration:
3 |     1.    I am one of the attorneys for third-party defendants Kirk Nix Associates,
4 | D/B/A KNA Interior Designs in this matter. I am an active member of the California State
5 | Bar, and I am a member in good standing of the bar of this Court.
6 |     2.    Attached as Exhibit A is a true and correct copy of the contract between
7 | KNA Interior Designs and Venetian Casino Resort, LLC entered into as of February 1,
8 | 2006.
9 | I declare under penalty of perjury that the foregoing is true and correct.
10 |
11 | Dated this 23rd day of April, 2008.

Respectfully submitted,

Schwabe, Williamson & Wyatt, P.C.

By: /s/ Johnathan E. Mansfield
    Johnathan E. Mansfield
    Attorneys for Third-Party Defendant, KIRK NIX ASSOCIATES INC., D/B/A KNA INTERIOR DESIGNS

-2-  Case No. C 07-3983 JSW
DECLARATION OF JOHNATHAN E. MANSFIELD ISO REVISED MOTION

CERTIFICATE OF SERVICE

I am a resident of the State of Oregon, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204. On the date listed below, I served the following document titled: DECLARATION OF JOHNATHAN E. MANSFIELD ISO THIRD PARTY DEFENDANT KNA INTERIOR DESIGNS' REVISED MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION, in the manner indicated:

☑ via electronic means to the E-mails listed.

☑ by placing the document listed above in a sealed envelope to the person(s) at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Gregory Lawrence Doll, Esq.<br>Hunter Randolph Eley, Esq.<br>Doll & Amir LLP<br>1888 Century Park East<br>Suite 1106<br>Los Angeles, CA  90067-1715<br>gdoll@dollamir.com<br>heley@dollamir.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

-1-
CERTIFICATE OF SERVICE

Case No. C 07-3983 JSW

PDX/116887/156176/CCD/2554586.1

| | | |
|---|---|---|
| 1 | Ray L. Wong, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA 94105-1104<br>rlwong@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| 2 | Michelle Hon, Esq.<br>Duane Morris LLP<br>101 West Broadway, Suite 900<br>San Diego, CA 92101<br>mhon@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

Executed April 23, 2008, at Portland, Oregon.

/s/ Anita Erickson
Anita Erickson

-2-
CERTIFICATE OF SERVICE
Case No. C 07-3983 JSW