**Johnathan E. Mansfield (SBN 214848)**
Schwabe, Williamson & Wyatt
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900
Email: jmansfield@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | CASE NO. C 07-3983 JSW |
| Plaintiff, | Hearing Set: June 13, 2008 at 9:00 a.m. |
| v. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | [PROPOSED] ORDER RE THIRD PARTY DEFENDANT KNA INTERIOR DESIGNS' REVISED MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION |
| Defendants. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
| Third-Party Plaintiffs, | |
| v. | |
| KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | |
| Third-Party Defendant. | |

Having heard Third-Party Defendant KNA Interior Design's Revised Motion to Dismiss or Stay and Compel Arbitration, and the papers and argument in support and opposition thereto, and good cause appearing therefrom, THIS COURT hereby GRANTS Third-Party Defendant's revised motion, and ORDERS as follows:

That the third party claims for indemnity, equitable indemnity, breach of contract and declaratory relief asserted by Defendants / Third-Party Plaintiffs Venetian Casino Resort, LLC, Las Vegas Sands, LLC, and Las Vegas Sands Corp. against Third-Party Defendant KNA Interior Designs, are hereby dismissed with prejudice.

DATED this ____ day of _____ 2008.

By:_____
Honorable Jeffrey S. White

Presented by:

SCHWABE, WILLIAMSON & WYATT

/s/ Johnathan E. Mansfield
Johnathan E. Mansfield
Counsel for Third-Party Defendant

## CERTIFICATE OF SERVICE

I am a resident of the State of Oregon, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204. On the date listed below, I served the following document titled: [PROPOSED] ORDER RE THIRD PARTY DEFENDANT KNA INTERIOR DESIGNS' REVISED MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION, in the manner indicated:

☑ via electronic means to the E-mails listed.

☑ by placing the document listed above in a sealed envelope to the person(s) at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Gregory Lawrence Doll, Esq.<br>Hunter Randolph Eley, Esq.<br>Doll & Amir LLP<br>1888 Century Park East<br>Suite 1106<br>Los Angeles, CA  90067-1715<br>gdoll@dollamir.com<br>heley@dollamir.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

-1-
CERTIFICATE OF SERVICE

Case No. C 07-3983 JSW

PDX/116887/156176/BWT/2521312.1

| | | |
|---|---|---|
| 1 | Ray L. Wong, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA  94105-1104<br>rlwong@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| 7 | Michelle Hon, Esq.<br>Duane Morris LLP<br>101 West Broadway, Suite 900<br>San Diego, CA  92101<br>mhon@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

Executed April 23, 2008, at Portland, Oregon.

/s/ Anita Erickson
        Anita Erickson

-2-
CERTIFICATE OF SERVICE
Case No. C 07-3983 JSW