IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | |
| Plaintiff, | No. C 07-03983 JSW |
| v. | |
| VENETIAN CASINO RESORT LLC, ET AL., | **SECOND ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on June 13, 2008 at 9:00 a.m. on Kirk Nix Associates dba KNA Interior Designs' motion to dismiss the amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 9, 2008 and a reply brief shall be filed by no later than May 16, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE