Ray L. Wong (SBN 84193)
**DUANE MORRIS** LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS** LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: mhon@duanemorris.com

Attorneys for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: C 07-3983 JSW<br><br><br><br>STIPULATION FOR EXTENSION OF TIME |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,<br><br>Third-Party Defendant. | |

STIPULATION FOR EXTENSION OF TIME

C 07-3983 JSW

1

DM1\1327100.1

1  Pursuant to Local Rule 6-2(a) and this Court's Order Setting Briefing Schedule entered
2  April 23, 2008, defendants and third-party plaintiffs, VENETIAN CASINO RESORT, LLC, LAS
3  VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. (collectively "VENETIAN") and third-
4  party defendant, KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS ("KNA"),
5  hereby stipulate that, upon approval of the Court, the Court enter the Proposed Order Setting
6  Briefing Schedule attached hereto as Exhibit A and that VENETIAN shall have until May 16, 2008
7  to file its Opposition to KNA's Motion to Dismiss and KNA shall have until May 23, 2008 to file its
8  Reply, if any.

9  On April 23, 2008 this Court issued an Order Setting Briefing Schedule ordering
10 VENETIAN to file its Opposition to the Motion to Dismiss no later than May 9, 2008 and KNA to
11 file its Rely no later than May 16, 2008. Counsel for VENETIAN will be out of the country May 3-
12 10 and unavailable to prepare or assist in preparing the Opposition currently due on May 9, 2008. In
13 an effort to accommodate counsel's schedule the parties have agreed that, if the Court approves,
14 each party will have one additional week to prepare and file their papers.

15 No other extensions have been requested on this Motion. The requested one week extension
16 should not affect the hearing date for the Motion to Dismiss currently scheduled for June 13, 2008.
17 Thus, the parties respectfully request entry of the Proposed Order Setting Briefing Schedule attached
18 hereto as Exhibit A.

19 Dated: April 25, 2008                **DUANE MORRIS LLP**

                                        By:  s/ Michelle A. Hon
                                             Ray L. Wong
                                             Michelle Hon
                                             Attorneys for Third-Party Plaintiffs VENETIAN
                                             CASINO RESORT, LLC, LAS VEGAS SANDS, LLC,
                                             and LAS VEGAS SANDS CORP.

24 Dated: April 25, 2008                **SCHWABE, WILLIAMSON & WYATT**

                                        By:  s/ Johnathan Mansfield
                                             Johnathan Mansfield
                                             Attorneys for Third-Party Defendant
                                             KIRK NIX ASSOCIATES INC..

STIPULATION FOR EXTENSION OF TIME
2

C 07-3983 JSW

DM1\1327100.1

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>VENETIAN CASINO RESORT, LLC, et al<br><br>        Defendant. | Case No.: C 07-3983 JSW<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on June 13, 2008 at 9:00 a.m. on Kirk Nix Associates dba KNA Interior Designs' motion to dismiss the amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 16, 2008 and a reply brief shall be filed by no later than May 23, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.

    **SO ORDERED.**

Dated: _____, 2008    By: _____
                                                        Hon. Jeffery S. White
                                                        District Court Judge, Northern District