# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | Case No.: C 07-3983 JSW |
| Plaintiff, | [PROPOSED] ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| VENETIAN CASINO RESORT, LLC, et al | |
| Defendant. | |

This matter is set for a hearing on June 13, 2008 at 9:00 a.m. on Kirk Nix Associates dba KNA Interior Designs' motion to dismiss the amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 16, 2008 and a reply brief shall be filed by no later than May 23, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.

**SO ORDERED.**

Dated: April 25, 2008        By: _____
                                Hon. Jeffrey S. White
                                District Court Judge, Northern District

DM1\1327110.1                                           Case No.: C 07-3983 JSW
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE