Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: mhon@duanemorris.com

Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO.: C 07-3983 JSW <br><br> **DECLARATION OF MICHELLE A. HON IN SUPPORT OF THIRD-PARTY PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION** |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, <br><br> Third-Party Defendant. | Date: June 13, 2008 <br> Time: 9:00 am <br><br> Complaint Filed: August 2, 2007 <br> Judge: Jeffrey S. White <br> Courtroom: 2, 17th floor |

DM1\1336550.1

Case No.: C 07-3983 JSW
DECLARATION OF MICHELLE A. HON

I, Michelle A. Hon, declare:

1. I am an attorney licensed to practice in the State of California and I am admitted to practice before this Court. I am a member of the law firm of Duane Morris LLP, counsel for defendants Venetian Casino Resort LLC, Las Vegas Sands LLC, and Las Vegas Sands Corp. ("Defendants"). I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Third-Party Plaintiffs' Opposition to Motion To Dismiss or Stay and Compel Arbitration.

3. I have been informed by counsel for plaintiff, Jonathan Browning Inc. ("Plaintiff") and based thereon believe, that Plaintiff asserts that its damages include the allegedly infringing light fixtures that were installed in the newly constructed Palazzo Tower.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of May, 2008 at San Diego California.

/s/ Michelle A. Hon
Michelle A. Hon