1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS LLP**
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:  mhon@duanemorris.com

9  Attorneys for defendants VENETIAN CASINO
   RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS
10 VEGAS SANDS CORP.

11

12             IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JONATHAN BROWNING, INC., | CASE NO.: C 07-3983 JSW |
| Plaintiff, | |
| v. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | **DECLARATION OF FRANKLIN H. LEVY IN SUPPORT OF THIRD-PARTY PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION** |
| Defendant. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
| Third-Party Plaintiffs, | Date: June 13, 2008<br>Time: 9:00 am |
| v. | |
| KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | Complaint Filed: August 2, 2007<br>Judge: Jeffrey S. White<br>Courtroom: 2, 17th floor |
| Third-Party Defendant. | |

DM1\1336518.1                                          Case No.: C 07-3983 JSW
                DECLARATION OF FRANKLIN H. LEVY

I, Franklin H. Levy, declare:

1. I am Special Counsel to Venetian Casino Resort, LLC, Las Vegas Sands Corp. and Las Vegas Sands LLC. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Third-Party Plaintiffs' Opposition to Motion To Dismiss or Stay and Compel Arbitration.

3. I am familiar with the Palazzo Tower project, which consists of the new construction of the Palazzo casino and resort. The Palazzo is adjacent to the Venetian Casino Resort in Las Vegas, Nevada.

4. Kirk Nix Associates, Inc. ("KNA") was retained by KSR, Inc., the architect for the Palazzo Tower project, to design the guest rooms at the Palazzo, including any light fixtures installed within the guest rooms. I am informed and believe that there is an agreement between KSR, Inc. and KNA relating the Palazzo Tower project.

5. Venetian Casino Resort, LLC does not have an agreement with KNA for the work performed on the Palazzo Tower.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of May, 2008 at Las Vegas, Nevada.

_____
Franklin H. Levy

DM1\1336518.1                         2                         Case No.: C 07-3983 JSW
DECLARATION OF FRANKLIN H. LEVY