Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: mhon@duanemorris.com

Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendant.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,<br><br>Third-Party Defendant. | Case No.: C 07-3983 JSW<br><br><br><br><br><br><br><br>**DECLARATION OF SERVICE** |

DM1\1288067.1                                                                                                    Case No.: C 07-3983 JSW

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the following document(s) in the manner indicated:

**THIRD-PARTY PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION**

**DECLARATION OF MICHELLE A. HON IN SUPPORT OF THIRD-PARTY PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION**

**DECLARATION OF FRANKLIN H. LEVY IN SUPPORT OF THIRD-PARTY PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION**

☑ via electronic means to the E-mails listed.

☑ by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 393-2372 | Attorneys for Plaintiff<br><br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com |
| Gregory Lawrence Doll, Esq.<br>Hunter Randolph Eley, Esq.<br>Doll & Amir LLP<br>1888 Century Park E., Suite 1106<br>Los Angeles, CA 90067-1715 | Attorneys for Plaintiff<br><br>**VIA U.S. MAIL ONLY** |
| John Mansfield, Esq.<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 SW 5th Suite 1900<br>Portland, OR 97204<br>(503) 222-9981 | Attorneys for Third Party Defendant<br><br>jmansfield@schwabe.com |

///

///

DM1\1288067.1       2       Case No.: C 07-3983 JSW

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed May 16, 2008, at San Diego, California.

                                    */s/ Susan Baker*
                                      Susan Baker