UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BROWNING INC.

        Plaintiff(s),                           No. C 07-03983 JSW

    v.                                 **CLERK'S NOTICE**

VENETIAN CASINO RESORT LLC

        Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on June 13, 2008, at 9:00 a.m., immediately following the hearing on the 3rd Party Motion to Dismiss or Stay 3rd Amended Complaint and the Motion to Dismiss or Stay and Compel Arbitration , in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Further Case Management Conference **previously noticed for** May 30, 2008 , in this matter.

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                            By:_____*Jennifer Ottolini*_____
                                            Jennifer Ottolini, Deputy Clerk
                                            Honorable Jeffrey S. White
                                            (415) 522-4173

Dated: May 28, 2008