1  MCNAMER AND COMPANY
   ANTHONY E. MCNAMER (SBN 178911)
2  519 SW Third Ave, Suite 601
   Portland, Oregon 97204
3  Telephone: 503.727.2504
   Facsimile: 503.727.2501
4  Email: anthony@mcnamerlaw.com

5  BINGHAM MCCUTCHEN LLP
   THOMAS S. HIXSON (SBN 193033)
6  ERICA BRAND PORTNOY (SBN 244923)
   Three Embarcadero Center
7  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
8  Facsimile:  415.393.2286
   Email:  thomas.hixson@bingham.com
9          erica.brand@bingham.com

10 Attorneys for Plaintiff
   JONATHAN BROWNING, INC.

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>             Plaintiff,<br>     v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | No. C 07-3983 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Hon. Jeffrey S. White<br><br>**[FILED VIA E-FILING]** |

A/72553270.2/3006638-0000326553                           Case No. C 07-3983 JSW

NOTICE OF SUBSTITUTION OF COUNSEL

1  TO THE COURT, AND TO ALL INTERESTED PARTIES AND TO THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that Plaintiff Jonathan Browning, Inc. hereby
4  substitutes McNamer and Company, as its attorneys of record in this action in place of Doll Amir
5  & Eley LLP.
6  All documents served on Plaintiff Jonathan Browning, Inc. in this action should
7  be addressed as follows:

    Anthony E. McNamer, Esq.
    McNamer and Company
    519 SW Third Ave, Suite 601
    Portland, Oregon 97204
    ph: 503.727.2504
    fax: 503.727.2501
    Email: anthony@mcnamerlaw.com

DATED:  June 2, 2008        MCNAMER AND COMPANY


By: /Anthony E. McNamer/
    Anthony E. McNamer
    Attorneys for Plaintiff
    JONATHAN BROWNING, INC.