MCNAMER AND COMPANY
ANTHONY E. MCNAMER (SBN 178911)
519 SW Third Ave, Suite 601
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
Email: anthony@mcnamerlaw.com


Attorneys for Plaintiff
JONATHAN BROWNING, INC.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>        Plaintiff,<br>    v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | No. C 07-3983 JSW<br><br>**EX PARTE REQUEST TO APPEAR BY PHONE AND [PROPOSED] ORDER**<br><br>**Date: June, 13 2008**<br>**Time: 9:00 a.m.**<br>**Room: 2, 17th Floor**<br>**Before: Honorable Jeffrey S. White**<br><br>**[FILED VIA E-FILING]** |

    McNamer and Company P.C. recently was substituted in as counsel for Plaintiff in this matter.   Mr. McNamer is also counsel for plaintiffs in two other matters now pending before Hon. Jeffrey S. White (*Parker et al v. National Tobacco Company,* Case No. 08-CV-1933 JSW and *Riley et al v. National Tobacco Company*, Case No. 08-CV-1933 JSW).

    As indicated in the STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE OF MOTION TO DISMISS recently submitted in the other two matters, and entered by the Court, Mr. McNamer is not available to travel to San Francisco on June 13, 2008.

Case No. C 07-3983 JSW

EX PARTE REQUEST TO APPEAR BY PHONE

The Court recently moved the Case Management Conference in this matter to June 13, 2008. While counsel for Plaintiff is unavailable to travel to San Francisco for a hearing on June 13, 2008, he is available to attend the Case Management Conference by telephone and hereby requests the Court allow such telephonic appearance.

DATED: June 2, 2008                MCNAMER AND COMPANY

                                   By: /Anthony E. McNamer/
                                   Anthony E. McNamer
                                   Attorneys for Plaintiff
                                   JONATHAN BROWNING, INC.

**IT IS HEREBY ORDERED**, that due to the unavailability of Plaintiff's counsel to personally attend the Case Management Conference set for June 13, 2008, Plaintiff's counsel may appear telephonically.

DATED: _____, 2008            _____
                                   U.S. DISTRICT COURT JUDGE