IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.   C 07-3983 JSW <br><br> _____ <br><br> **(Proposed)** <br><br> **ORDER ON THIRD PARTY DEFENDANT KIRK NIX ASSOCIATES, INC. D/B/A KNA INTERIOR DESIGNS' REVISED MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION** |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, <br><br> Third-Party Defendant. | |

This matter came before the Court for Hearing on June 13, 2008. Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, IT IS HEREBY ORDERED THAT third party defendant Kirk Nix Associates, Inc. d/b/a KNA Interior Designs' Revised Motion to Dismiss or Stay and Compel Arbitration is GRANTED. The Court DISMISSES the third party complaint with prejudice.

IT IS SO ORDERED.

Dated: _____        _____

Jeffrey S. White,
US District Court Judge

-1-                 Case No. C 07-3983 JSW
**(Proposed) Order on KNA's Revised Motion to Dismiss or Stay and Compel Arbitration**

**Johnathan E. Mansfield (SBN 214848)**
Schwabe, Williamson & Wyatt
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900
Email: jmansfield@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | CASE NO.  C 07-3983 JSW |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | |
| Defendants. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
| Third-Party Plaintiffs, | |
| v. | |
| KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | |
| Third-Party Defendant. | |

-1-                                                Case No. C 07-3983 JSW
KNA INTERIOR DESIGNS' REPLY TO REVISED MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION
PDX/116887/156176/CCD/2655958.1

# CERTIFICATE OF SERVICE

I am a resident of the State of Oregon, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204. On the date listed below, I served the following document titled: (PROPOSED) ORDER ON THIRD PARTY DEFENDANT KIRK NIX ASSOCIATES, INC. d/b/a KNA INTERIOR DESIGNS' REVISED MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION, in the manner indicated:

☑ via electronic means to the E-mails listed.

☑ by placing the document listed above in a sealed envelope to the person(s) at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Anthony E. McNamer, Esq.<br>McNamer and Company<br>519 SW Third Avenue, Suite 601<br>Portland, OR 97204<br>(415) 503-727-2504<br>anthony@mcnamerlaw.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

-1-  
CERTIFICATE OF SERVICE  
Case No. C 07-3983 JSW

| | |
|---|---|
| Ray L. Wong, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA 94105-1104<br>rlwong@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS<br>VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Michelle Hon, Esq.<br>Duane Morris LLP<br>101 West Broadway, Suite 900<br>San Diego, CA 92101<br>mhon@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS<br>VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

Executed June 3, 2008, at Portland, Oregon.

/s/ Christopher C. Dorr
Christopher C. Dorr