MCNAMER AND COMPANY
ANTHONY E. MCNAMER (SBN 178911)
519 SW Third Ave, Suite 601
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
Email: anthony@mcnamerlaw.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | No. C 07-3983 JSW<br><br>**[PROPOSED] ORDER RE SUBSTITUTION OF COUSEL**<br><br>**[FILED VIA E-FILING]** |

**IT IS HEREBY ORDERED** that McNamer and Company PC shall be substituted in for Doll Amir & Eley LLP as counsel for Plaintiff, Jonathan Browning, Inc.

DATED: _____, 2008        _____

                              U.S. DISTRICT COURT JUDGE