MCNAMER AND COMPANY
ANTHONY E. MCNAMER (SBN 178911)
519 SW Third Ave, Suite 601
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
Email: anthony@mcnamerlaw.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>    Plaintiff,<br>    v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C 07-3983 JSW<br><br>[~~PROPOSED~~] ORDER RE SUBSTITUTION OF COUSEL<br><br>[FILED VIA E-FILING] |

**IT IS HEREBY ORDERED** that McNamer and Company PC shall be substituted in for Doll Amir & Eley LLP as counsel for Plaintiff, Jonathan Browning, Inc.

DATED: June 5 , 2008        _____
                                              Jeffrey S White
                                              U.S. DISTRICT COURT JUDGE

Case No. C 07-3983 JSW