MCNAMER AND COMPANY
ANTHONY E. MCNAMER (SBN 178911)
519 SW Third Ave, Suite 601
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
Email: anthony@mcnamerlaw.com

BINGHAM MCCUTCHEN LLP
THOMAS S. HIXSON (SBN 193033)
ERICA BRAND PORTNOY (SBN 244923)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
Email:  thomas.hixson@bingham.com
         erica.brand@bingham.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | No. C 07-3983 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Hon. Jeffrey S. White<br><br>**[FILED VIA E-FILING]** |

A/72553270.2/3006638-0000326553                                     Case No. C 07-3983 JSW

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

TO THE COURT, AND TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Jonathan Browning, Inc. hereby substitutes McNamer and Company, as its attorneys of record in this action in place of Bingham McCutchen LLP.

All documents served on Plaintiff Jonathan Browning, Inc. in this action should be addressed as follows:

>   Anthony E. McNamer, Esq.
>   McNamer and Company
>   519 SW Third Ave, Suite 601
>   Portland, Oregon 97204
>   ph: 503.727.2504
>   fax: 503.727.2501

DATED:  June 9, 2008                MCNAMER AND COMPANY


By:  /s/Anthony E. McNamer
        Anthony E. McNamer
        Attorneys for Plaintiff
        JONATHAN BROWNING, INC.


**IT IS HEREBY ORDERED** that McNamer and Company PC shall be substituted in for Bingham McCutchen LLP as counsel for Plaintiff, Jonathan Browning, Inc.


DATED:  _____, 2008        _____
                                                        U.S. DISTRICT COURT JUDGE

A/72553270.2/3006638-0000326553                                             Case No. C 07-3983 JSW