MCNAMER AND COMPANY
ANTHONY E. MCNAMER (SBN 178911)
519 SW Third Ave, Suite 601
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
Email: anthony@mcnamerlaw.com

BINGHAM MCCUTCHEN LLP
THOMAS S. HIXSON (SBN 193033)
ERICA BRAND PORTNOY (SBN 244923)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
Email: thomas.hixson@bingham.com
       erica.brand@bingham.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | No. C 07-3983 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Hon. Jeffrey S. White<br><br>**[FILED VIA E-FILING]** |

1    TO THE COURT, AND TO ALL INTERESTED PARTIES AND TO THEIR
2  ATTORNEYS OF RECORD:
3    PLEASE TAKE NOTICE that Plaintiff Jonathan Browning, Inc. hereby
4  substitutes McNamer and Company, as its attorneys of record in this action in place of Bingham
5  McCutchen LLP.
6    All documents served on Plaintiff Jonathan Browning, Inc. in this action should
7  be addressed as follows:

>   Anthony E. McNamer, Esq.
>   McNamer and Company
>   519 SW Third Ave, Suite 601
>   Portland, Oregon 97204
>   ph: 503.727.2504
>   fax: 503.727.2501

DATED:  June 9, 2008             MCNAMER AND COMPANY

                                 By: /s/Anthony E. McNamer
                                     Anthony E. McNamer
                                     Attorneys for Plaintiff
                                     JONATHAN BROWNING, INC.

**IT IS HEREBY ORDERED** that McNamer and Company PC shall be substituted in for Bingham McCutchen LLP as counsel for Plaintiff, Jonathan Browning, Inc.

DATED:  __June 9__, 2008         _____/s/ Jeffrey S. White_____
                                 U.S. DISTRICT COURT JUDGE