1  MCNAMER AND COMPANY
   ANTHONY E. MCNAMER (SBN 178911)
2  519 SW Third Ave, Suite 601
   Portland, Oregon 97204
3  Telephone: 503.727.2504
   Facsimile: 503.727.2501
4  Email: anthony@mcnamerlaw.com

5
   Attorneys for Plaintiff
6  JONATHAN BROWNING, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 JONATHAN BROWNING, INC., a California corporation, | No. C 07-3983 JSW |
| 13 | **[PROPOSED] ORDER RE REQUEST TO APPEAR BY PHONE** |
| 14          Plaintiff, | |
|            v. | |
| 15 VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | **Date: June, 13 2008**<br>**Time: 9:00 a.m.**<br>**Room: 2, 17th Floor**<br>**Before: Honorable Jeffrey S. White**<br><br>**[FILED VIA E-FILING]** |
| 18          Defendants. | |

20  I**T IS HEREBY ORDERED**, that due to the unavailability of Plaintiff's counsel to personally

21  attend the Case Management Conference set for June 13, 2008, Plaintiff's counsel may appear

22  telephonically.

23

24  DATED: _____, 2008          _____

25                                  U.S. DISTRICT COURT JUDGE

26

27

28

Case No. C 07-3983 JSW

[PROPOSED] ORDER RE REQUEST TO APPEAR BY PHONE