1  **Johnathan E. Mansfield (SBN 214848)**
   Schwabe, Williamson & Wyatt
2  Pacwest Center
   1211 SW 5th Avenue, Suite 1900
3  Portland, Oregon 97204
   Telephone:  (503) 222-9981
4  Facsimile:   (503) 796-2900
   Email: jmansfield@schwabe.com
5
   **Stephanie P. Berntsen (SBN 209225)**
6  Schwabe, Williamson & Wyatt
   U.S. Bank Centre
7  1420 5th Ave., Suite 3010
   Seattle, WA 98101
8  Telephone: (206) 622-1711
   Facsimile: (206) 292-0460
9  Email: sberntsen@schwabe.com

10
   Attorneys for Third-Party Defendant
11 KIRK NIX ASSOCIATES INC. D/B/A
   KNA INTERIOR DESIGNS
12

13                IN THE UNITED STATES DISTRICT COURT

14               FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | JONATHAN BROWNING, INC.,                               | CASE NO.   C 07-3983 JSW |
   |--------------------------------------------------------|--------------------------|
   | Plaintiff,                                             | NOTICE OF ADDITIONAL COUNSEL'S APPEARANCE |
   | v.                                                     |                          |
   | VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | |
   | Defendants.                                            |                          |
   | VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
   | Third-Party Plaintiffs,                                |                          |
   | v.                                                     |                          |
   | KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | |
   | Third-Party Defendant.                                 |                          |

1  Third-Party Defendant Kirk Nix Associates, Inc. d/b/a KNA Interior Designs gives
2  notice that Stephanie P. Berntsen of Schwabe, Williamson & Wyatt, Cal. State Bar No. 209225
3  and a member of the bar of this Court, is appearing as additional counsel of record. Ms.
4  Berntsen's address is:

> Stephanie P. Berntsen (SBN 209225)
> Schwabe, Williamson & Wyatt
> U.S. Bank Centre
> 1420 5th Ave., Suite 3010
> Seattle, WA 98101
> Telephone: (206) 622-1711
> Facsimile: (206) 292-0460
> Email: sberntsen@schwabe.com

Dated this 10th day of June, 2008.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Johnathan E. Mansfield
Schwabe, Williamson & Wyatt
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900
Email: jmansfield@schwabe.com

Stephanie P. Berntsen (SBN 209225)
Schwabe, Williamson & Wyatt
U.S. Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
Email: sberntsen@schwabe.com

# CERTIFICATE OF SERVICE

I am a resident of the State of Oregon, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204. On the date listed below, I served the following document titled: NOTICE OF ADDITIONAL COUNSEL'S APPEARANCE in the manner indicated:

☑   via electronic means to the E-mails listed.

☑   by placing the document listed above in a sealed envelope to the person(s) at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Anthony E. McNamer, Esq.<br>McNamer and Company<br>519 SW Third Avenue, Suite 601<br>Portland, OR  97204<br>(415) 503-727-2504<br>anthony@mcnamerlaw.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

-1-
CERTIFICATE OF SERVICE
Case No. C 07-3983 JSW

PDX/116887/156176/JEM/2671537.1

| | | |
|---|---|---|
| 1 | Ray L. Wong, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA  94105-1104<br>rlwong@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| 7 | Michelle Hon, Esq.<br>Duane Morris LLP<br>101 West Broadway, Suite 900<br>San Diego, CA  92101<br>mhon@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

Executed June 10, 2008, at Portland, Oregon.

/s/ Kristin J. Barnhart
Kristin J. Barnhart

-2-
CERTIFICATE OF SERVICE
Case No. C 07-3983 JSW