1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS** LLP
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS** LLP
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail:   mhon@duanemorris.com

9  Specially Appearing for Defendants VENETIAN
   CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10 and LAS VEGAS SANDS CORP.

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 JONATHAN BROWNING, INC., a California       Case No.: C 07-3983 JSW
   corporation,
15
                  Plaintiff,
16
       v.
17
   VENETIAN CASINO RESORT, LLC, a Nevada
18 limited liability company; LAS VEGAS SANDS,
   LLC, a Nevada limited liability company; LAS
19 VEGAS SANDS CORP., a Nevada corporation; and
   DOES 1 through 100, inclusive,
20                                              **DECLARATION OF SERVICE**
                  Defendant.
21

22 VENETIAN CASINO RESORT, LLC, LAS
   VEGAS SANDS, LLC, LAS VEGAS SANDS
23 CORP.,

24                Third-Party Plaintiffs,

25     v.

26 KIRK NIX ASSOCIATES INC. D/B/A KNA
   INTERIOR DESIGNS, a California corporation,
27
                  Third-Party Defendant.
28

DM1\1288067.1                                                    Case No.: C 07-3983 JSW

1   I am a resident of the state of California, I am over the age of 18 years, and I am not a party
2   to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California
3   92101. On the date listed below, I served the following document(s) in the manner indicated:

**STIPULATED PROTECTIVE ORDER**

☑   via electronic means to the E-mails listed.

☐   by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Anthony E. McNamer, Esq.<br>McNamer and Company<br>519 SW Third Ave., Suite 601<br>Portland, OR 97204<br>(503) 727-2504<br>anthony@mcnamerlaw.com | Attorneys for Plaintiff |
| John Mansfield, Esq.<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 SW 5th Suite 1900<br>Portland, OR 97204<br>(503) 222-9981<br>jmansfield@schwabe.com | Attorneys for Third Party Defendant |
| Stephanie P. Bernsten, Esq.<br>Schwabe, Williamson & Wyatt<br>1420 5th Avenue, Suite 3010<br>Seattle, WA 98101<br>(206) 622-1711<br>sbernsten@schwabe.com | Attorneys for Third Party Defendant |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed June 12, 2008, at San Diego, California.

_Susan Baker_
Susan Baker