MCNAMER AND COMPANY
ANTHONY E. MCNAMER (SBN 178911)
519 SW Third Ave, Suite 601
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
Email: anthony@mcnamerlaw.com


Attorneys for Plaintiff
JONATHAN BROWNING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | No. C 07-3983 JSW <br><br> **EX PARTE REQUEST TO APPEAR BY PHONE** <br><br> **Date: June, 20 2008** <br> **Time: 1:30 p.m.** <br> **Room: 2, 17th Floor** <br> **Before: Honorable Jeffrey S. White** <br><br> **[FILED VIA E-FILING]** |

The Court indicated in its June 11, 2008 Order continuing the Case Management Conference to June 20, 2008 at 1:30 p.m., that Plaintiff's counsel could attend by telephone if he was unavailable to attend in person.   Plaintiff's counsel will be traveling at that time, so will be unable to attend in person, but is available to attend the Case Management Conference by

1    telephone and hereby requests the Court allow such telephonic appearance.

2

3

4    DATED:  June 12, 2008                    MCNAMER AND COMPANY

5

6                                    By:  /s/Anthony E. McNamer
                                         Anthony E. McNamer
7                                        Attorneys for Plaintiff
                                         JONATHAN BROWNING, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28