**Johnathan E. Mansfield (SBN 214848)**
Schwabe, Williamson & Wyatt
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900
Email: jmansfield@schwabe.com

**Stephanie P. Berntsen (SBN 209225)**
Schwabe, Williamson & Wyatt
U.S. Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
Email: sberntsen@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>,<br><br>Third-Party Defendant. | CASE NO. C 07-3983 JSW<br><br>EX PARTE REQUEST TO APPEAR BY PHONE<br><br>Date: June 20, 2008<br>Time: 1:30 p.m.<br>Room: 2, 17th Floor<br>Before: Honorable Jeffrey S. White<br><br>[FILED VIA E-FILING] |

-1-     Case No.
EX PARTE REQUEST TO APPEAR BY PHONE

PDX/055555/033333/FRM/2673378.1

1  The Court continued the Case Management Conference to June 20, 2008 at 1:30 p.m.
2  Third-Party Defendant's counsel are unavailable to appear in person. Mr. Mansfield will be in
3  trial in federal court in Oregon. Ms. Berntsen has a family obligation that precludes her from
4  traveling to San Francisco for the hearing. Ms. Berntsen respectfully requests the Court to allow
5  her to appear telephonically. Ms. Berntsen's direct dial telephone number is 206-689-1235.

7  DATED: June 12, 2008

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Stephanie P. Berntsen
   Schwabe, Williamson & Wyatt, P.C.
   Attorneys for KIRK NIX
   ASSOCIATES INC. D/B/A KNA INTERIOR
   DESIGNS

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 1420 5th Ave., Suite 3010, Seattle, WA 98101. On the date listed below, I served the following document titled: EX PARTE REQUEST TO APPEAR BY PHONE, in the manner indicated:

☑ via electronic means to the E-mails listed.

☐ by placing the document listed above in a sealed envelope to the person(s) at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Anthony E. McNamer, Esq.<br>McNamer and Company<br>519 SW Third Avenue, Suite 601<br>Portland, OR  97204<br>(415) 503-727-2504<br>anthony@mcnamerlaw.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Ray L. Wong, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA  94105-1104<br>rlwong@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

-1-
CERTIFICATE OF SERVICE                                              Case No. C 07-3983 JSW

PDX/116887/156176/CCD/2655958.1

| | |
|---|---|
| Michelle Hon, Esq.<br>Duane Morris LLP<br>101 West Broadway, Suite 900<br>San Diego, CA 92101<br>mhon@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS<br>VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of ~~Oregon~~ Washington that the above is true and correct.

Executed June 13, 2008, at Seattle, Washington.

/s/ Stephanie P. Berntsen
Stephanie P. Berntsen