**Johnathan E. Mansfield (SBN 214848)**
Schwabe, Williamson & Wyatt
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone:  (503) 222-9981
Facsimile:  (503) 796-2900
Email: jmansfield@schwabe.com

**Stephanie P. Berntsen (SBN 209225)**
Schwabe, Williamson & Wyatt
U.S. Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
Email: sberntsen@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | CASE NO.   C 07-3983 JSW |
| Plaintiff, | Hearing Set: June 20, 2008 at 1:30 p.m. |
| v. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | [PROPOSED] ORDER RE THIRD PARTY DEFENDANT KNA INTERIOR DESIGNS' REQUEST TO APPEAR BY PHONE |
| Defendants. | |

VENETIAN CASINO RESORT, LLC,
LAS VEGAS SANDS, LLC, LAS VEGAS
SANDS CORP.,

        Third-Party Plaintiffs,

    v.

KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS, a California
corporation,

        Third-Party Defendant.

        Having heard Third-Party Defendant KNA Interior Design's Request to Appear By Phone, and the papers and argument in support ~~and opposition~~ thereto, and good cause appearing therefrom, THIS COURT hereby GRANTS Third-Party Defendant's Request to Appear by Phone.

        DATED this _____ day of _____ 2008.

                                          By:_____
                                              Honorable Jeffrey S. White

Presented by:

SCHWABE, WILLIAMSON & WYATT

/s/ Stephanie P. Berntsen
Stephanie P. Berntsen
Counsel for Third-Party Defendant

CERTIFICATE OF SERVICE

I am a resident of the State of Washington, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 1420 5th Ave., Suite 3010, Seattle, WA 98101. On the date listed below, I served the following document titled: [PROPOSED] ORDER RE THIRD PARTY DEFENDANT KNA INTERIOR DESIGNS' REQUET TO APPEAR BY PHONE, in the manner indicated:

☑ via electronic means to the E-mails listed.

☐ by placing the document listed above in a sealed envelope to the person(s) at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Mazen Mohammed Basrawi, Esq.<br>Thomas Hixson, Esq.<br>Trenton Herbert Norris, Esq.<br>Erica Brand, Esq.<br>Bingham McCutchen, LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111<br>(415) 393-2372<br>mazen.basrawi@bingham.com<br>erica.brand@bingham.com<br>trent.norris@bingham.com<br>thomas.hixson@bingham.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| Anthony E. McNamer, Esq.<br>McNamer and Company<br>519 SW Third Avenue, Suite 601<br>Portland, OR  97204<br>(415) 503-727-2504<br>anthony@mcnamerlaw.com | Attorneys for Plaintiff<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

-1-

CERTIFICATE OF SERVICE

Case No. C 07-3983 JSW

PDX/116887/156176/CCD/2655958.1

| | | |
|---|---|---|
| 1 | Ray L. Wong, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA 94105-1104<br>rlwong@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |
| 7 | Michelle Hon, Esq.<br>Duane Morris LLP<br>101 West Broadway, Suite 900<br>San Diego, CA 92101<br>mhon@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC,<br>LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS AND U.S. MAIL** |

I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

Executed June 13, 2008, at Seattle, Washington.

/s/ Stephanie P. Berntsen
Stephanie P. Berntsen

-2-
Case No. C 07-3983 JSW
CERTIFICATE OF SERVICE