**Johnathan E. Mansfield (SBN 214848)**
Schwabe, Williamson & Wyatt
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900
Email: jmansfield@schwabe.com

**Stephanie P. Berntsen (SBN 209225)**
Schwabe, Williamson & Wyatt
U.S. Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
Email: sberntsen@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. C 07-3983 JSW <br><br> Hearing Set: June 20, 2008 at 1:30 p.m. <br><br> [PROPOSED] ORDER RE THIRD PARTY DEFENDANT KNA INTERIOR DESIGNS' REQUEST TO APPEAR BY PHONE |

-1-
Case No. C 07-3983 JSW
[PROPOSED] ORDER RE KNA'S REQUEST TO APPEAR BY PHONE

PDX/116887/156176/BWT/2521312.1

VENETIAN CASINO RESORT, LLC,
LAS VEGAS SANDS, LLC, LAS VEGAS
SANDS CORP.,

        Third-Party Plaintiffs,

  v.

KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS, a California
corporation,

        Third-Party Defendant.

Having heard Third-Party Defendant KNA Interior Design's Request to Appear By Phone, and the papers and argument in support ~~and opposition~~ thereto, and good cause appearing therefrom, THIS COURT hereby GRANTS Third-Party Defendant's Request to Appear by Phone.

DATED this __16__ day of __June__ 2008.

By: _____
Honorable Jeffrey S. White

Presented by:

SCHWABE, WILLIAMSON & WYATT

/s/ Stephanie P. Berntsen
Stephanie P. Berntsen
Counsel for Third-Party Defendant

-2-   Case No. C 07-3983 JSW
~~[PROPOSED]~~ ORDER RE KNA'S KNA'S REQUEST TO APPEAR BY PHONE
PDX/116887/156176/BWT/2521312.1