MCNAMER AND COMPANY
ANTHONY E. MCNAMER (SBN 178911)
519 SW Third Ave, Suite 601
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
Email: anthony@mcnamerlaw.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | No. C 07-3983 JSW<br><br>**[PROPOSED] ORDER RE REQUEST TO APPEAR BY PHONE**<br><br>**Date: June 20, 2008**<br>**Time: 1:30 p.m.**<br>**Room: 2, 17th Floor**<br>**Before: Honorable Jeffrey S. White**<br><br>**[FILED VIA E-FILING]** |

**IT IS HEREBY ORDERED**, that due to the unavailability of Plaintiff's counsel to personally attend the Case Management Conference set for June 20, 2008, Plaintiff's counsel may appear telephonically. Counsel will be available at the following number: 510-568-7600. The number is for the Marriott Hotel and the receptionist will transfer the call to the relevant conference room.

DATED: _____, 2008　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

Case No. C 07-3983 JSW