# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 20, 2008              **Court Reporter**: Lydia Zinn

**CASE NO. C-07-3983 JSW**

**TITLE:** Jonathan Browning, Inc. v. Venetian Casino Resort LLC et al.,

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Anthony McNamer (via telephone)      Ray Wong
                                     Michelle Hon
                                     Stephanie Berntsen - 3rd Party KNA (via telephone)

**PROCEEDINGS:** Further Case Management Conference

**RESULTS:**

    **Close of fact discovery: 11-28-08**

    **Close of Expert discovery: 1-9-09**

    **Further CMC: 9-26-08 at 1:30 p.m.**

    **Hearing on dispositive motions (if any): 2-13-09 at 9:00 a.m.**

    **Pretrial Conference: 3-30-09 at 2:00 p.m.**

    **Trial: 4-20-09 at 8:30 a.m.**