Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:   mhon@duanemorris.com

Specially Appearing for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., <br><br> Defendant. | Case No.: C 07-3983 JSW |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, <br><br> Third-Party Defendant. | **DECLARATION OF SERVICE** |

DM2\1533309.1                                                      Case No.: C 07-3983 JSW

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the following document(s) in the manner indicated:

1. **Correspondence from Ray L. Wong, Esq. to Hon. Jeffery S. White dated August 12, 2008 regarding discovery disputes**

☑   via electronic means to the E-mails listed.

☐   by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Anthony E. McNamer, Esq.<br>McNamer and Company<br>519 SW Third Ave., Suite 601<br>Portland, OR 97204<br>(503) 727-2504<br>anthony@mcnamerlaw.com | Attorneys for Plaintiff |
| John Mansfield, Esq.<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 SW 5th Suite 1900<br>Portland, OR 97204<br>(503) 222-9981<br>jmansfield@schwabe.com | Attorneys for Third Party Defendant |
| Kenneth E. Chyten, Esq.<br>300 East Esplanade Drive, Suite 900<br>Oxnard, CA 93036<br>(805) 981-3910<br>Fax: (805) 981-3913<br>chyten@chytenlaw.com | Attorneys for Third Party Defendant |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed August 14, 2008, at San Diego, California.

*Barbara Stoddard*
Barbara Stoddard

DM2\1533309.1                      2                      Case No.: C 07-3983 JSW