United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BROWNING, INC.,

    Plaintiff,

    v.

VENETIAN CASINO RESORT LLC, ET AL.,

    Defendants.
    _____/

No. C 07-03983 JSW

**ORDER OF REFERRAL**

    Pursuant to Local Rule 72-1, the parties' dispute outlined in their joint letter dated August 12, 2008, and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: August 14, 2008

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

cc: Wings Hom