**United States District Court**
For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   JONATHAN BROWNING, INC.                    No. C-07-3983 JSW (EMC)

9           Plaintiff,

10          v.                                 **CLERK'S NOTICE**

11  VENETIAN CASINO RESORT, LLC, *et al.*,

12          Defendants.
    _____/

13

14

15          TO ALL PARTIES AND COUNSEL OF RECORD:

16          YOU ARE NOTIFIED THAT the hearing on the PARTIES' JOINT LETTER OF AUGUST

17  12, 2008 (Docket No. 93) is set for **September 10, 2008, at 10:30 a.m.** before Magistrate Judge

18  Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

19  Francisco, California  94102.

20

21  Dated: August 21, 2008                     RICHARD W. WIEKING, CLERK

22

23                                             By: _____/s/_____
                                                      Leni Doyle
24                                                    Deputy Clerk

25

26

27

28