1  MCNAMER AND COMPANY
   ANTHONY E. MCNAMER (SBN 178911)
2  519 SW Third Ave, Suite 601
   Portland, Oregon 97204
3  Telephone: 503.727.2504
   Facsimile: 503.727.2501
4  Email: anthony@mcnamerlaw.com

5

   Attorneys for Plaintiff
6  JONATHAN BROWNING, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12  JONATHAN BROWNING, INC., a California corporation, | No. C 07-3983 JSW |
|---|---|
| 13       Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| 14  v. | |
| 15  VENETIAN CASINO RESORT, LLC., a Nevada limited liability company; LAS VEGAS SANDS, LLC., a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive, | **Date: December 12, 2008**<br>**Time: 9:00 a.m.**<br>**Room: 2, 17th Floor**<br>**Before: Honorable Jeffrey S. White** |
| 18       Defendants. | **[FILED VIA E-FILING]** |

20  **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint

21  is **GRANTED.**

22

23  DATED: _____, 2008         _____

24                                  U.S. DISTRICT COURT JUDGE

25

26

27

28

Case No. C 07-3983 JSW

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT