IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BROWNING, INC.,

    Plaintiff,

v.

VENETIAN CASINO RESORT LLC, ET AL.,

    Defendants.

No. C 07-03983 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO AMEND**

This matter is set for a hearing on December 12, 2008 at 9:00 a.m. on Plaintiff's motion for leave to file a first amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 19, 2008 and a reply brief shall be filed by no later than September 26, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 27, 2008

                                                                JEFFREY S. WHITE
                                                                UNITED STATES DISTRICT JUDGE