1 | **Johnathan E. Mansfield (SBN 214848)**
Schwabe, Williamson & Wyatt
2 | Pacwest Center
1211 SW 5th Avenue, Suite 1900
3 | Portland, Oregon 97204
Telephone:   (503) 222-9981
4 | Facsimile:    (503) 796-2900
Email: jmansfield@schwabe.com

Attorneys for Third-Party Defendant
KIRK NIX ASSOCIATES INC. D/B/A
KNA INTERIOR DESIGNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | CASE NO.   C 07-3983 JSW |
| Plaintiff, | NOTICE OF ASSOCIATION OF COUNSEL |
| v. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | |
| Defendants. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
| Third-Party Plaintiffs, | |
| v. | |
| KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | |
| Third-Party Defendant. | |

TO:   CLERK OF THE COURT

AND TO:   THE PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Johnathan E. Mansfield and the law offices of Schwabe,

1  Williamson & Wyatt, P.C. hereby associates as counsel for Defendant Kirk Nix Associates Inc.
2  d/b/a KNA Interior Designs, Kenneth E. Chyten of the Law Office of Kenneth E. Chyten.  You are
3  requested to serve all future papers or pleadings except original process upon said attorney at the
4  address Law Office of Kenneth E. Chyten, 300 E Esplanade Dr., Ste. 900, Oxnard, CA

5   Dated this 2nd day of September, 2008.

7   Respectfully submitted,

8   Schwabe, Williamson & Wyatt, P.C.

10  By: /s/Johnathan E. Mansfield
    Johnathan E. Mansfield
    Attorneys for Third-Party Defendant, KIRK NIX ASSOCIATES INC., D/B/A KNA INTERIOR DESIGNS

## CERTIFICATE OF SERVICE

I am a resident of the State of Oregon, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204. On the date listed below, I served the following document titled: NOTICE OF ASSOCIATION OF COUNSEL, in the manner indicated:

☑  via electronic means by the Court electronic filing system.

☐  by placing the document listed above in a sealed envelope to the person(s) at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Anthony E. McNamer, Esq.<br>McNamer and Company<br>519 SW Third Ave., Suite 601<br>Portland, OR 97204<br>athony@mcnamerlaw.com | Attorneys for Plaintiff, JONATHAN BROWNING, INC.,<br><br>**VIA ELECTRONIC MEANS** |
| Ray L. Wong, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA 94105-1104<br>rlwong@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS** |
| Michelle Hon, Esq.<br>Duane Morris LLP<br>101 West Broadway, Suite 900<br>San Diego, CA 92101<br>mhon@duanemorris.com | Attorneys for Defendants,<br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, AND LAS VEGAS SANDS CORP.<br><br>**VIA ELECTRONIC MEANS** |

I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

Executed September 2, 2008, at Portland, Oregon.

/s/ Kristin J. Barnhart
Kristin J. Barnhart

-1-  Case No. C 07-3983 JSW
CERTIFICATE OF SERVICE

PDX/116887/156176/JEM/2901242.1