Ray L. Wong (SBN 84193)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:   mhon@duanemorris.com

Attorneys for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC. and LAS VEGAS SANDS CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: C 07-3983 (EMC)<br><br><br><br>STIPULATION TO CONTINUE HEARING ON DISCOVERY DISPUTE AND REQUEST FOR ADDITIONAL DISPUTES TO BE HEARD |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,<br><br>Third-Party Defendant. | |

STIPULATION
1

1  WHEREAS this Court has scheduled a hearing on September 10, 2008 to advise defendants
2  Venetian Casino Resort, LLC, Las Vegas Sands, LLC, And Las Vegas Sands Corp. (collectively
3  "Venetian") and plaintiff Jonathan Browning, Inc. ("Browning") regarding the discovery disputes
4  addressed in the Joint Letter to Judge White dated August 12, 2008;
5  WHEREAS counsel for counsel for Browning has an appellate argument on September 10,
6  2008 in Salem, Oregon;
7  NOW THEREFORE THE PARTIES HEREBY STIPULATE that, upon approval of the
8  Court, the Court enter the Proposed Order Continuing Hearing attached hereto as Exhibit A,
9  continuing the hearing to September 24, 2008 at 10:30 am.
10  Additionally, an additional discovery dispute has arisen relating to Browning's objections
11  and refusal to produce financial documents, which is to be heard by this Court. In the interest of
12  efficiency and judicial economy, the parties request that the Court hear all discovery disputes related
13  to this objection and refusal to produce financial documents at the same time. Venetian *et al.*
14  subpoenaed Orlando, Mitts, Moore & Company ("Orlando") requesting financial documents for
15  Jonathan Browning, Inc., Jonathan Browning Studios, Inc. and Jonathan Browning the individual. A
16  copy of that subpoena is attached to hereto as Exhibit B. Counsel for Plaintiff, Mr. Anthony
17  McNamer, served the objections to the subpoena and refused to produce financial documents. We
18  enclose copies of the objections served by Mr. McNamer as Exhibit C. The parties' positions on
19  whether financial documents must be produced have been set forth in a joint letter dated August 12,
20  2008.
21  As set forth in detail in the August 12, 2008 Joint Letter, Venetian *et al.* asserts that all
22  documents requested in the subpoena are discoverable as they are necessary in order to calculate
23  Browning's alleged lost profits. Browning and Orlando assert, as set forth more fully in the August
24  12, 2008 Joint Letter, that Jonathan Browning Studios, Inc.'s complete financial information is
25  irrelevant to the claims in this matter.
26  Since counsel for all parties, including counsel for Orlando are already scheduled to appear
27  before this Court to discuss whether financial documents must be produced, the parties respectfully
28

STIPULATION
2

C 07-3983 JSW

DM1\1391215.1

1. request that the Court also provide guidance at that time as to whether the subpoenaed financial documents must be produced.

No other extensions have been requested on this matter. Thus, the parties respectfully request entry of the Proposed Order Continuing Hearing attached hereto as Exhibit A and further request the Court's guidance in resolving the dispute relating to the Orlando subpoena at that time.

If the Court is unable to resolve these disputes, Venetian requests leave to file a Motion to Compel.

Dated: September 5, 2008            **DUANE MORRIS** LLP

By:  s/Michelle A. Hon
Ray L. Wong
Michelle Hon
Attorneys for Third-Party Plaintiffs VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

Dated: September 5, 2008            McNamer and Company

By:
Anthony McNamer
Attorneys for Plaintiff
JONATHAN BROWNING INC.

STIPULATION
3

C 07-3983 JSW

DM1\1391215.1

```
 1  Ray L. Wong (SBN 84193)
    DUANE MORRIS LLP
 2  One Market, Spear Tower, Suite 2000
    San Francisco, CA 94105-1104
 3  Telephone: 415.957.3000
    Facsimile: 415.957-3001
 4  E-Mail: rlwong@duanemorris.com

 5  Michelle Hon (SBN 234492)
    DUANE MORRIS LLP
 6  101 West Broadway, Suite 900
    San Diego, CA 92101
 7  Telephone: 619.744.2200
    Facsimile: 619.744.2201
 8  E-Mail:  mhon@duanemorris.com

 9  Specially Appearing for Defendants VENETIAN
    CASINO RESORT, LLC; LAS VEGAS SANDS, LLC,
10  and LAS VEGAS SANDS CORP.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>            Defendant. | Case No.: C 07-3983 JSW<br><br>**DECLARATION OF SERVICE** |

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the following document(s) in the manner indicated:

///

///

DM1\1288067.1                                                                             Case No.: C 07-3983 JSW

1.  **STIPULATION TO CONTINUE HEARING ON DISCOVERY DISPUTE AND REQUEST FOR ADDITIONAL DISPUTES TO BE HEARD**

☒ via electronic means by the Court's electronic filing system.

☐ by placing the document(s) listed above in a sealed envelope to the person at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

| | |
|---|---|
| Anthony E. McNamer, Esq.<br>McNamer and Company<br>519 SW Third Ave., Suite 601<br>Portland, OR 97204<br>(503) 727-2504<br>anthony@mcnamerlaw.com | Attorneys for Plaintiff |
| John Mansfield, Esq.<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 SW 5th Suite 1900<br>Portland, OR 97204<br>(503) 222-9981<br>jmansfield@schwabe.com | Attorneys for Third Party Defendant, KIRK NIX ASSOCIATES, INC., D/B/A KNA INTERIOR DESIGNS |
| Stephanie P. Bernsten, Esq.<br>Schwabe, Williamson & Wyatt<br>1420 5th Avenue, Suite 3010<br>Seattle, WA 98101<br>(206) 622-1711<br>sberntsen@schwabe.com | Attorneys for Third Party Defendant, KIRK NIX ASSOCIATES, INC., D/B/A KNA INTERIOR DESIGNS |
| Kenneth E. Chyten, Esq.<br>Law Office of Kenneth E. Chyten<br>300 E. Esplanade Drive, Suite 900<br>Oxnard, CA 93036<br>(805) 981-3910; fax: (805) 981-3913<br>kchyten@mindspring.com | Attorneys for Third Party Defendant, KIRK NIX ASSOCIATES, INC., D/B/A KNA INTERIOR DESIGNS |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 5, 2008, at San Diego, California.

*[signature]*
BARBARA STODDARD

DM1\1288067.1                    2                    Case No.: C 07-3983 JSW