IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | Case No.: C 07-3983 JSW (EMC) |
| Plaintiff, | [PROPOSED] ORDER CONTINUING HEARING DATE |
| v. | |
| VENETIAN CASINO RESORT, LLC, et al | |
| Defendant. | |

This matter is set for a hearing on September 10, 2008 at 10:30 a.m. to advise defendants Venetian Casino Resort, LLC, Las Vegas Sands, LLC, And Las Vegas Sands Corp. (collectively "Venetian") and plaintiff Jonathan Browning, Inc. ("Browning") regarding the discovery disputes addressed in the Joint Letter to Judge White dated August 12, 2008. Pursuant to the stipulation of the parties, the Court HEREBY ORDERS that the hearing on this matter be continued to September 24, 2008 at 10:30 a.m. The Court will also hear related discovery disputes relating to the Orlando subpoenas at this time.

**SO ORDERED.**

Dated: _September 5_, 2008        By: _____
                                      Hon. Edward M. Chen
                                      Magistrate Judge, Northern District

*IT IS SO ORDERED — Judge Edward M. Chen*

Case No.: C 07-3983 JSW

[PROPOSED] ORDER