UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BROWNING INC.

        Plaintiff(s),                              No. C 07-03983 JSW

  v.                                          **CLERK'S NOTICE**

VENETIAN CASINO RESORT LLC

        Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on **February 13, 2009, at 9:00 a.m.**, immediately following the hearing on dispositive motions (if any), in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the **Further Case Management Conference** previously scheduled for September 26, 2008, in this matter. The joint case management statement shall be due on or before February 6, 2009.

    YOU ARE FURTHER HEREBY NOTIFIED that the **Pretrial Conference** previously scheduled for March 30, 2009 is continued to **April 27, 2009 at 2:00 p.m.** The **Jury Trial** previously scheduled for April 20, 2009 is continued to **May 18, 2009 at 8:00 a.m.**

Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                                Richard W. Wieking
                                                Clerk, United States District Court



                                                By:_____
                                                Jennifer Ottolini, Deputy Clerk
                                                Honorable Jeffrey S. White
                                                (415) 522-4173

Dated: September 9, 2008

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.