United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BROWNING, INC.,

        Plaintiff,

   v.

VENETIAN CASINO RESORT, *et al.*,

        Defendants.
_____/

No. C-07-3983 JSW (EMC)

**ORDER RE JOINT LETTERS OF AUGUST 14, 2008 AND OCTOBER 1, 2008**

**(Docket Nos. 93, 111)**

On August 14, 2008, the parties filed a joint letter regarding a discovery dispute. *See* Docket No. 93. Thereafter, through a stipulation filed on September 5, 2008, the parties informed the Court of an additional related discovery dispute. *See* Docket Nos. 100-01. On September 24, 2008, the Court held a hearing on the disputes. At the hearing, the Court provided the parties with guidance as to how the disputes should be resolved and instructed the parties to meet and confer further. The parties did so and now have filed a joint letter informing the Court as to the status of the meet and confer. *See* Docket No. 111. As reflected in the letter, there is one dispute remaining for the Court to resolve -- *i.e.*, whether Plaintiff should be compelled to produce an accounting summary for all light fixtures for the years 2004 and 2005.

Having reviewed the joint letter, the Court hereby **GRANTS** Defendants' motion to compel. The sales of other light fixtures are relevant, and it is reasonable for Defendants to seek documents for the 2004-2005 time period given that the events at issue took place in 2006. Defendants are seeking only an accounting summary, which Plaintiff does not dispute is no burden to produce.

///

The Court orders the parties to meet and confer regarding a reasonable production date for the documents.

IT IS SO ORDERED.

Dated:  October 2, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge