1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957-3001
4  E-Mail: rlwong@duanemorris.com

5  Michelle Hon (SBN 234492)
   **DUANE MORRIS LLP**
6  101 West Broadway, Suite 900
   San Diego, CA 92101
7  Telephone: 619.744.2200
   Facsimile: 619.744.2201
8  E-Mail: mhon@duanemorris.com

9  Attorneys for Defendants VENETIAN CASINO
   RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS
10 VEGAS SANDS CORP.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO.: C 07-3983 JSW <br><br><br> **STIPULATION FOR ENTRY OF REVISED SCHEDULE** <br> **AND ORDER THEREON** |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, <br><br> Third-Party Defendant. | |

STIPULATION FOR ENTRY OF REVISED SCHEDULE

1

C 07-3983 JSW

DM1\1426821.1

Pursuant to Local Rule 6-2(a), defendants VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. (collectively "Defendants") and plaintiff JONATHAN BROWNING, INC. ("Plaintiff"), hereby stipulate to and request the Court enter the proposed Revised Schedule as set forth herein.

IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that both Defendant and Plaintiff agree to a three-month extension of time for the deadlines listed herein. The current deadlines for this case are as follows:

| | |
|---|---|
| Completion of Fact Discovery and Expert Disclosure: | November 28, 2008 |
| Rebuttal Expert Disclosure: | December 12, 2008 |
| Completion of All Expert Discovery: | January 9, 2009 |
| Hearing on Dispositive Motions: | February 13, 2009 |
| Pre-Trial Conference: | April 27, 2009 |
| Trial: | May 18, 2009 |

These dates have previously be extended once by the mutual agreement of the parties and the approval of this Court. Good cause to extend these dates can be found on several grounds. Defendants have engaged in substantial electronic discovery efforts. The extraction and review of electronic data has taken significantly longer than originally anticipated. While Defendants' efforts are ongoing, this electronic discovery is still not complete. Additionally, it has recently become clear that it is necessary for Plaintiff also to produce electronic discovery. Plaintiff is in the process of engaging in such discovery, but has not yet produced any electronic discovery. Further, certain persons employed by Defendants have been and continue to be in Asia on business which has made it difficult or impossible to schedule their depositions until after the discovery cut off.

Thus, the parties hereby stipulate to and request that the Court approve and enter the following Revised Schedule:

| | |
|---|---|
| Completion of Fact Discovery and Expert Disclosure: | February 27, 2009 |
| Rebuttal Expert Disclosure: | March 13, 2009 |
| Completion of All Expert Discovery: | April 10, 2009 |
| Hearing on Dispositive Motions: | ~~May 13, 2009~~ May 29, 2009 at 9:00 a.m. |

STIPULATION FOR ENTRY OF REVISED SCHEDULE
C 07-3983 JSW

2

DM1\1426821.1

| | | |
|---|---|---|
| Pre-Trial Conference: | ~~July 28, 2009~~ | August 3, 2009 at 2:00 p.m. |
| Trial: | ~~August 17, 2009~~ | August 24, 2009 at 8:00 a.m. |

SO STIPULATED.

Dated: November 5, 2008      **DUANE MORRIS LLP**

By: s/ Michelle A. Hon
Ray L. Wong
Michelle Hon
Attorneys for Third-Party Plaintiffs VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

Dated: November 5, 2008      **McNamer and Company**

By: s/Anthony McNamer
Anthony McNamer
Attorneys for Plaintiff
JONATHAN BROWNING INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 6, 2008

By: /s/ Jeffrey S. White
Hon. Jeffrey S. White
District Court Judge

STIPULATION FOR ENTRY OF REVISED SCHEDULE

C 07-3983 JSW

3

DM1\1426821.1