IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BROWNING, INC.,

    Plaintiff,

v.

VENETIAN CASINO RESORT LLC, ET AL.,

    Defendants.

No. C 07-03983 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE**

This matter is set for a hearing on May 8, 2009 at 9:00 a.m. on Plaintiff's motion to strike and/or exclude testimony from Mr. Ralph Oman and for continuance of expert discovery deadlines. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 20, 2009 and a reply brief shall be filed by no later than March 27, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 12, 2009

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE