Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:   mhon@duanemorris.com

Attorneys for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC.,<br><br>**Plaintiff,**<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,<br><br>**Defendant.** | **CASE NO.: C 07-3983 JSW**<br><br>**STIPULATION FOR ENTRY OF REVISED SCHEDULE** |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,<br><br>**Third-Party Plaintiffs,**<br><br>v.<br><br>**KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,**<br><br>**Third-Party Defendant.** | |

STIPULATION FOR ENTRY OF REVISED SCHEDULE
1

C 07-3983 JSW

DM1\1426821.1

1   Pursuant to Local Rule 6-2(a), defendants VENETIAN CASINO RESORT, LLC, LAS
2   VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. (collectively "Defendants") and plaintiff
3   JONATHAN BROWNING, INC. ("Plaintiff"), hereby stipulate to and request the Court enter the
4   proposed Revised Schedule as set forth herein.

5   IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that
6   both Defendant and Plaintiff agree to a forty-five day extension of time for the deadlines listed
7   herein. The current deadlines for this case are as follows:

| | |
|---|---|
| Completion of All Expert Discovery: | April 10, 2009 |
| Opposition to Motion to Strike | March 20, 2009 |
| Reply to Motion to Strike | March 27, 2009 |
| Hearing on Motion to Strike | May 8, 2009 |
| Hearing on Dispositive Motions: | May 29, 2009 |
| Pre-Trial Conference: | August 3, 2009 |
| Trial: | August 24, 2009 |

15  These dates have previously be extended twice by the mutual agreement of the parties and
16  the approval of this Court. Good cause to extend these dates can be found on the grounds that this
17  short extension of time will allow the parties to attend mediation to resolve all claims. Mediation is
18  currently scheduled to take place on April 17, 2009 before a private mediator. All parties, including
19  the third-party defendant have agreed to attend private mediation in an effort to resolve all claims
20  between all parties. This extension will allow all the parties to focus their time, energy and
21  resources to resolving their disputes prior to completing expert discovery and preparing and filing
22  respective summary judgment motions.

23  Thus, the parties hereby stipulate to and request that the Court approve and enter the
24  following Revised Schedule:

| | |
|---|---|
| Opposition to Motion to Strike | May 4, 2009 |
| Reply to Motion to Strike | May 11, 2009 |
| Hearing on Motion to Strike | June 22, 2009 |
| Completion of All Expert Discovery: | May 26, 2009 |

| | | |
|---|---|---|
| Hearing on Dispositive Motions: | | July 13, 2009 |
| Pre-Trial Conference: | | September 17, 2009 |
| Trial: | | October 13, 2009 |

SO STIPULATED.

Dated: March 20, 2009            **DUANE MORRIS LLP**

By:   s/ Michelle A. Hon
Ray L. Wong
Michelle Hon
Attorneys for Third-Party Plaintiffs VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

Dated: March 20, 2009            **McNamer and Company**

By:   s/Anthony McNamer
Anthony McNamer
Attorneys for Plaintiff
JONATHAN BROWNING INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March __, 2009
                                 By: _____
                                 Hon. Jeffrey S. White
                                 District Court Judge

STIPULATION FOR ENTRY OF REVISED SCHEDULE
3

C 07-3983 JSW

DM1\1426821.1