Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: mhon@duanemorris.com

Attorneys for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING, INC., | CASE NO.: C 07-3983 JSW |
| Plaintiff, | |
| v. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive, | **STIPULATION FOR ENTRY OF REVISED SCHEDULE AND ORDER THEREON** |
| Defendant. | |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., | |
| Third-Party Plaintiffs, | |
| v. | |
| KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, | |
| Third-Party Defendant. | |

STIPULATION FOR ENTRY OF REVISED SCHEDULE

C 07-3983 JSW

1

DM1\1426821.1

Pursuant to Local Rule 6-2(a), defendants VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. (collectively "Defendants") and plaintiff JONATHAN BROWNING, INC. ("Plaintiff"), hereby stipulate to and request the Court enter the proposed Revised Schedule as set forth herein.

IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that both Defendant and Plaintiff agree to a forty-five day extension of time for the deadlines listed herein. The current deadlines for this case are as follows:

| | |
|---|---|
| Completion of All Expert Discovery: | April 10, 2009 |
| Opposition to Motion to Strike | March 20, 2009 |
| Reply to Motion to Strike | March 27, 2009 |
| Hearing on Motion to Strike | May 8, 2009 |
| Hearing on Dispositive Motions: | May 29, 2009 |
| Pre-Trial Conference: | August 3, 2009 |
| Trial: | August 24, 2009 |

These dates have previously be extended twice by the mutual agreement of the parties and the approval of this Court. Good cause to extend these dates can be found on the grounds that this short extension of time will allow the parties to attend mediation to resolve all claims. Mediation is currently scheduled to take place on April 17, 2009 before a private mediator. All parties, including the third-party defendant have agreed to attend private mediation in an effort to resolve all claims between all parties. This extension will allow all the parties to focus their time, energy and resources to resolving their disputes prior to completing expert discovery and preparing and filing respective summary judgment motions.

Thus, the parties hereby stipulate to and request that the Court approve and enter the following Revised Schedule:

| | |
|---|---|
| Opposition to Motion to Strike | May 4, 2009 |
| Reply to Motion to Strike | May 11, 2009 |
| Hearing on Motion to Strike | ~~June 22, 2009~~ June 19, 2009 at 9:00 a.m. |
| Completion of All Expert Discovery: | May 26, 2009 |

STIPULATION FOR ENTRY OF REVISED SCHEDULE
2
C 07-3983 JSW

DM1\1426821.1

| | | |
|---|---|---|
| 1 | Hearing on Dispositive Motions: | ~~July 13, 2009~~ July 10, 2009 at 9:00 a.m. |
| 2 | Pre-Trial Conference: | ~~September 17, 2009~~ September 21, 2009 at 2:00 p.m. |
| 3 | Trial: | October 13, 2009 |

SO STIPULATED.

Dated: March 20, 2009  **DUANE MORRIS LLP**

By: _s/ Michelle A. Hon_
Ray L. Wong
Michelle Hon
Attorneys for Third-Party Plaintiffs VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

Dated: March 20, 2009  **McNamer and Company**

By: _s/Anthony McNamer_
Anthony McNamer
Attorneys for Plaintiff
JONATHAN BROWNING INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 23, 2009

By: _Jeffrey S. White_
Hon. Jeffrey S. White
District Court Judge

STIPULATION FOR ENTRY OF REVISED SCHEDULE

C 07-3983 JSW

DM1\1426821.1