Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957-3001
E-Mail: rlwong@duanemorris.com

Michelle Hon (SBN 234492)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: mhon@duanemorris.com

Attorneys for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN BROWNING, INC.,** | **CASE NO.: C 07-3983 JSW (EMC)** |
| **Plaintiff,** | |
| v. | |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,** | **STIPULATION FOR ENTRY OF REVISED HEARING DATE** ; ORDER |
| **Defendant.** | |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,** | |
| **Third-Party Plaintiffs,** | |
| v. | |
| **KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,** | |
| **Third-Party Defendant.** | |

STIPULATION FOR ENTRY OF REVISED HEARING DATE

C 07-3983 JSW

DM1\1580476.1

1       Pursuant to Local Rule 6-2(a), defendants VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. (collectively "Defendants") and plaintiff JONATHAN BROWNING, INC. ("Plaintiff"), hereby stipulate to and request the Court enter the proposed Revised Hearing Date as set forth herein.

      IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that both Defendant and Plaintiff agree to a forty-five day extension of time for all the deadlines currently scheduled in the above-captioned matter. The hearing on Defendants' Motion for Protective Order Precluding the Depositions of William P. Weidner and Bradley Stone is currently scheduled to be heard before Judge Chen on April 8, 2009. This date has not previously been extended. Good cause to extend these dates can be found on the grounds that this short extension of time will allow the parties to attend mediation to resolve all claims. Mediation is currently scheduled to take place on April 17, 2009 before a private mediator. All parties, including the third-party defendant has agreed to attend private mediation in an effort to resolve all claims between all parties. This extension will allow all the parties to focus their time, energy and resources to resolving their disputes prior to completing expert discovery and preparing and filing respective summary judgment motions. Thus, the parties hereby stipulate to and request that the Court approve the stipulation and reschedule the hearing on Defendants' Motion for Protective Order Precluding the Depositions of William P. Weidner and Bradley Stone to ~~May 22, 2009~~: June 3, 2009 at 10:30 a.m.

      SO STIPULATED.

///
///
///
///
///
///
///
///
///

STIPULATION FOR ENTRY OF REVISED HEARING DATE      C 07-3983 JSW

2

DM1\1580476.1

| | | |
|---|---|---|
| Dated: March 20, 2009 | | **DUANE MORRIS LLP** |
| | By: | s/ Michelle A. Hon |
| | | Ray L. Wong |
| | | Michelle Hon |
| | | Attorneys for Third-Party Plaintiffs VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. |
| Dated: March 20, 2009 | | **McNamer and Company** |
| | By: | s/Anthony McNamer |
| | | Anthony McNamer |
| | | Attorneys for Plaintiff |
| | | JONATHAN BROWNING INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 24, 2009

By: _____
Hon. Edward M. Chen
Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION FOR ENTRY OF REVISED HEARING DATE

C 07-3983 JSW

3

DM1\1580476.1