# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING STUDIOS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendant.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,<br><br>Third-Party Defendant. | Case No.: C 07-3983 JSW (EMC)<br><br>[PROPOSED] ORDER SEALING REDACTED PORTIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF MICHELLE A. HON<br><br>Date: July 10, 2009<br>Time: 9:00 am<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor<br>Complaint Filed: August 2, 2007 |

///

///

///

Case No.: C 07-3983 JSW

[PROPOSED] ORDER

On June 5, 2009, counsel for defendants, Venetian Casino Resort, LLC, Las Vegas Sands, LLC, And Las Vegas Sands Corp. (collectively "Venetian"), filed redacted copies of the following documents via ECF:

DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

DECLARATION OF MICHELLE A. HON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The redacted portions of these documents contain information which is privileged or protectable as a trade secret or otherwise entitled to protection under the law. The request for sealing is narrowly tailored to seek sealing only of sealable material. Therefore, the Court HEREBY ORDERS that the redacted portions of Defendants' Memorandum of Points and Authorities and Declaration of Michelle A. Hon be filed under seal.

**SO ORDERED.**

Dated: June 8, 2009     By: _____
                        Hon. James S. White
                        Judge, Northern District of California

DM1\1771898.1