Anthony E. McNamer (SBN 178911)
**MCNAMER AND COMPANY**
920 SW Third Ave, Suite 200
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
E-Mail: anthony@mcnamerlaw.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN BROWNING, INC.,** | Case No.: C 07-3983 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER SEALING PORTIONS OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,** | |
| Defendant. | Date:  July 10, 2009<br>Time:  9:00am<br>Judge:  Hon. Jeffrey S. White<br>Courtroom: 2, 17th Floor |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,** | Complaint Filed:  August 2, 2007 |
| Third-Party Plaintiff, | |
| v. | |
| **KIRK NIX ASSOCIATES INC. DBA KNA INTERIOR DESIGNS, a California corporation,** | |
| Third-Party Defendant. | |

Case No.: C 07-3983 JSW
[PROPOSED] SEALING ORDER

On June 4, 2009, counsel for the Plaintiff Jonathan Browning Studios, Inc., filed copies of its Motion for Summary Judgment (the "Motion") and Supporting Declarations of Anthony McNamer, Jonathan Browning, Marco Heithaus, Peter Morenstein and Mark Thompson (collectively the "Declarations") in a sealed envelope with the Court. On June 9, 2009, counsel for the Plaintiff Jonathan Browning Studios, Inc. filed redacted copies of its Motion and Declarations with the Court's ECF system.

The Motion and Declarations contain information that is privileged or protectable as a trade secret to either and both Plaintiff and Defendant. The request for sealing is narrowly tailored, sealing only those portions of the documents designated as Confidential by one of the parties pursuant to the Protective Order entered by this Court on June 13, 2008. Therefore, the Court HEREBY ORDERS that Plaintiff's Motion and Declarations be filed under seal.

**SO ORDERED.**

DATED: August 6, 2009         By: _/s/ Jeffrey S. White_
                                  Hon. Jeffrey S. White