Anthony E. McNamer (SBN 178911)
**MCNAMER AND COMPANY**
920 SW Third Ave, Suite 200
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
E-Mail: anthony@mcnamerlaw.com

Attorneys for Plaintiff
JONATHAN BROWNING STUDIOS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN BROWNING STUDIOS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,**<br><br>Defendant. | Case No.: C 07-3983 JSW<br><br>**DENYING REQUEST TO SEAL [PROPOSED] ORDER <s>SEALING</s> WITHOUT PLAINTIFF'S OPPOSITION TO PREJUDICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS**<br><br>Date: August 7, 2009<br>Time: 9:00am<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed: August 2, 2007 |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,**<br><br>Third-Party Plaintiff,<br><br>v.<br><br>**KIRK NIX ASSOCIATES INC. DBA KNA INTERIOR DESIGNS, a California corporation,**<br><br>Third-Party Defendant. | |

Case No.: C 07-3983 JSW
<s>[PROPOSED] SEALING ORDER</s>

On July 17, 2009, counsel for the Plaintiff Jonathan Browning Studios, Inc., filed copies of its Opposition to Defendants' Motion for Summary Judgment (the "Opposition") and Supporting Declarations of Anthony McNamer, Jonathan Browning and Mark Heithaus (collectively the "Declarations") in a sealed envelope with the Court. On July 16, 2009, counsel for the Plaintiff Jonathan Browning Studios, Inc. filed redacted copies of its Motion and Declarations with the Court's ECF system.

The Opposition and Declarations contain information that is privileged or protectable as a trade secret to either and both Plaintiff and Defendant. The request for sealing is narrowly tailored, ^ however, not sealing only those portions of the documents designated as Confidential by one of the parties pursuant to the Protective Order entered by this Court on June 13, 2008. ~~Therefore, the Court HEREBY ORDERS that Plaintiff's Motion and Declarations be filed under seal.~~

**SO ORDERED.**

The request to file the redacted portions under seal is DENIED as overly broad. For instance, there is no reason to seal portions of argument related to other cases. *(See, e.g.,* Opp. Br. at 6:17-19; 11:12-12:9).

DATED: August 5, 2009          By: _____Jeffrey S White_____
                                    Hon. Jeffrey S. White