1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JONATHAN BROWNING STUDIOS, INC., a          Case No.: C 07-3983 JSW (EMC)
    California corporation,

12                    Plaintiff,                [~~PROPOSED~~] ORDER SEALING
                                                REDACTED PORTIONS OF
13          v.                                  DEFENDANTS' MOTION FOR
                                                SUMMARY JUDGMENT AND
14  VENETIAN CASINO RESORT, LLC, a Nevada        DECLARATION OF MICHELLE A.
    limited liability company; LAS VEGAS SANDS,  HON
15  LLC, a Nevada limited liability company; LAS
    VEGAS SANDS CORP., a Nevada corporation; and
16  DOES 1 through 100, inclusive,

17                    Defendant.                Date: August 7, 2009
                                                Time: 9:00 am
18  VENETIAN CASINO RESORT, LLC, LAS            Judge: Hon. Jeffrey S. White
    VEGAS SANDS, LLC, LAS VEGAS SANDS           Courtroom: 2, 17th floor
19  CORP.,                                      Complaint Filed: August 2, 2007

20                    Third-Party Plaintiffs,

21          v.

22  KIRK NIX ASSOCIATES INC. D/B/A KNA
    INTERIOR DESIGNS, a California
23  corporation,

24                    Third-Party Defendant.

25

26  ///

27  ///

28  ///
                                                        Case No.: C 07-3983 JSW
    ─────────────────────────────────────────────────────────────────
                              [~~PROPOSED~~] ORDER

    DM1\1821623.1

On July 17, 2009, counsel for defendants, Venetian Casino Resort, LLC, Las Vegas Sands, LLC, And Las Vegas Sands Corp. (collectively "Venetian"), filed redacted copies of the following documents via ECF:

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

DECLARATION OF MICHELLE A. HON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The redacted portions of these documents contain information which is privileged or protectable as a trade secret or otherwise entitled to protection under the law. The request for sealing is narrowly tailored to seek sealing only of sealable material. Therefore, the Court HEREBY ORDERS that the redacted portions of Defendants' Memorandum of Points and Authorities and Declaration of Michelle A. Hon be filed under seal.

**SO ORDERED.**

August 6, 2009

Dated: _____     By: _____
                                        Hon. Jeffrey S. White
                                        Judge, Northern District of California

[PROPOSED] ORDER

DM1\1821623.1