UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING STUDIOS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendant.<br><br>VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,<br><br>Third-Party Defendant. | Case No.: C 07-3983 JSW (EMC)<br><br>[PROPOSED] ORDER SEALING REDACTED PORTIONS OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT<br><br>Date: August 7, 2009<br>Time: 9:00 am<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor<br>Complaint Filed: August 2, 2007 |

///

///

///

Case No.: C 07-3983 JSW

[PROPOSED] ORDER

DM1\1821623.1

On July 24, 2009, counsel for defendants, Venetian Casino Resort, LLC, Las Vegas Sands, LLC, And Las Vegas Sands Corp. (collectively "Venetian"), filed redacted copies of the following documents via ECF:

DEFENDANTS' REPLY BRIEF IN SUPPORT SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT

The redacted portions of these documents contain information which is privileged or protectable as a trade secret or otherwise entitled to protection under the law. The request for sealing is narrowly tailored to seek sealing only of sealable material. Therefore, the Court HEREBY ORDERS that the redacted portions of Defendants' Reply Brief in Support Summary Judgment, or in the Alternative Partial Summary Judgment be filed under seal.

**SO ORDERED.**

Dated: August 6, 2009      By: _____
Hon. Jeffrey S. White
Judge, Northern District of California