# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENETIAN CASINO RESORT, LLC, et al <br><br> Defendant. | Case No.: C 07-3983 (JSW) <br><br><br> **[PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE AND TRIAL DATES** |
| VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation, <br><br> Third-Party Defendant. | |

/ / /

/ / /

/ / /

/ / /

Case No.: C 07-3983 JSW

[PROPOSED] ORDER

1  The Pre-Trial Conference date currently scheduled September 21, 2009 and the Trial date
2  currently scheduled for October 13, 2009.  Pursuant to the joint motion of the parties, the Court
3  HEREBY ORDERS that the Pre-Trial Conference date shall be continued to October 19, 2009, all
4  pre-trial submission deadlines shall be continued to October 2, 2009 and the trial date continued to
5  November 9, 2009.  The revised pre-trial schedule is as follows:

| | | |
|---|---|---|
| Pre-Trial Conference Brief | October 2, 2009 | |
| Motions In Limine | October 2, 2009 | |
| Trial Brief | October 2, 2009 | All due: December 11, 2009 |
| Joint Jury Instructions | October 2, 2009 | |
| Joint Voir Dire Questions | October 2, 2009 | |
| Deposition Designations | October 2, 2009 | |
| Interrogatory Designations | October 2, 2009 | |
| Admissions Designations | October 2, 2009 | |
| Pre-Trial Conference | ~~October 19, 2009~~ | December 28, 2009 at 2:00 p.m. |
| Trial | ~~November 9, 2009~~ | January 19, 2010 at 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: __September 1__, 2009        By: _____
                                                Hon. Jeffrey S. White
                                                United State District Judge