United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BROWNING, INC.,

    Plaintiff,

v.

VENETIAN CASINO RESORT LLC, ET AL.,

    Defendants.
                                        /

No. C 07-03983 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, Defendants' motion for attorneys' fees is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date of December 4, 2009 is therefore VACATED. The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

    **IT IS SO ORDERED.**

Dated: October 21, 2009

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc: Wings Hom