UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING INC., ) | |
| ) | |
| Plaintiff(s), ) | No. C07-3983 JSW (BZ) |
| ) | |
| v. ) | |
| ) | **SCHEDULING ORDER** |
| VENETIAN CASINO RESORT LLC, ) | |
| et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**IT IS ORDERED** as follows:

1. Any opposition to defendants' motion for attorneys' fees, shall be filed by **November 11, 2009.** Any reply shall be filed by **November 18, 2009.**

2. The motion is scheduled to be heard on **December 2, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: October 27, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BROWNING V. VENETIAN CASINO\BRIEFING ORDER.FINAL VERSION.wpd

1