Anthony E. McNamer (SBN 178911)
**MCNAMER AND COMPANY**
920 SW Third Ave, Suite 200
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501
E-Mail: anthony@mcnamerlaw.com

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN BROWNING, INC.,** | Case No.: C 07-3983 JSW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER SEALING PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS FEES UNDER SEALING ORDER** |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,** | |
| Defendant. | |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,** | |
| Third-Party Plaintiff, | |
| v. | |
| **KIRK NIX ASSOCIATES INC. DBA KNA INTERIOR DESIGNS, a California corporation,** | |
| Third-Party Defendant. | |

On November 11, 2009, counsel for the Plaintiff Jonathan Browning Studios, Inc., filed copies of its Opposition to Defendants' Motion for Attorneys Fees (the "Opposition") in a sealed envelope with the Court. On November 11, 2009, counsel for the Plaintiff Jonathan Browning Studios, Inc. filed redacted copies of its Opposition with the Court's ECF system.

The Opposition contains information that is privileged or protectable as a trade secret to either and both Plaintiff and Defendant. The request for sealing is narrowly tailored, sealing only those portions of the documents designated as Confidential by one of the parties pursuant to the Protective Order entered by this Court on June 13, 2008. Therefore, the Court HEREBY ORDERS that Plaintiff's Motion and Declarations be filed under seal.

**SO ORDERED.**

DATED: Nov. 13, 2009          By: _____
                                  ~~Hon. Jeffrey S. White~~
                                  Magistrate Judge Bernard Zimmerman