| | |
|---|---|
| 1 | Ray L. Wong (SBN 84193)<br>**DUANE MORRIS LLP** |
| 2 | One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104 |
| 3 | Telephone: 415.957.3000<br>Facsimile: 415.957-3001 |
| 4 | E-Mail: rlwong@duanemorris.com |
| 5 | Michelle Hon (SBN 234492) |
| 6 | Courtney L. Bunt (SBN 234410)<br>**DUANE MORRIS LLP** |
| 7 | 101 West Broadway, Suite 900<br>San Diego, CA 92101 |
| 8 | Telephone: 619.744.2200<br>Facsimile: 619.744.2201 |
| 9 | E-Mail:   mhon@duanemorris.com |
| 10 | Attorneys for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN BROWNING, INC.,** | **CASE NO.: C 07-3983 JSW (BZ)** |
| **Plaintiff,** | |
| v. | |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP., and DOES 1 through 100, inclusive,** | **STIPULATION FOR ENTRY OF REVISED REPLY BRIEF FILING DATE AND HEARING DATE** |
| **Defendants.** | |
| **VENETIAN CASINO RESORT, LLC, LAS VEGAS SANDS, LLC, LAS VEGAS SANDS CORP.,** | |
| **Third-Party Plaintiffs,** | |
| v. | |
| **KIRK NIX ASSOCIATES INC. D/B/A KNA INTERIOR DESIGNS, a California corporation,** | |
| **Third-Party Defendant.** | |

C 07-3983 JSW(BZ)
STIPULATION FOR ENTRY OF REVISED HEARING DATE
1

DM1\1971683.1

1    Pursuant to Local Rule 6-2(a), defendants VENETIAN CASINO RESORT, LLC, LAS
2 VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP. (collectively "Defendants") and plaintiff
3 JONATHAN BROWNING, INC. ("Plaintiff"), hereby stipulate to and request the Court enter the
4 proposed Revised Reply Brief Filing Date and Hearing Date, as set forth herein.

5    IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that
6 both Defendants and Plaintiff agree to a short extension of time for Defendants' to file their Reply
7 Brief in Support of their Motion for Attorneys' Fees ("Reply Brief") and the hearing date on
8 Defendants' Motion for Attorneys' Fees currently scheduled in the above-captioned matter.

9    Defendants' Reply Brief is currently scheduled to be filed on November 18, 2009.  The
10 hearing on Defendants' Motion for Attorneys' Fees is currently scheduled to be heard before Judge
11 Zimmerman on December 2, 2009.  These dates have not previously been extended.

12    Good cause to extend these dates can be found on the grounds that Defendants' counsel,
13 Michelle A. Hon, who is the attorney specifically in charge of preparing the Reply Brief has been,
14 and is, seriously ill and unable to prepare the Reply Brief for filing on November 18, 2009 due to her
15 illness.  (*See*, Declaration of Michelle A. Hon in Support of Stipulation for Entry of Revised Reply
16 Brief Filing Date and Hearing Date, filed concurrently herewith.)

17    Thus, the parties hereby stipulate to and request that the Court approve the stipulation and
18 reschedule the filing date of Defendants' Reply Brief in Support of their Motion for Attorneys' Fees
19 to December 2, 2009 and the hearing date on Defendants' Motion for Attorneys' Fees to December
20 16, 2009.

21    SO STIPULATED.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION FOR ENTRY OF REVISED HEARING DATE
2

C 07-3983 JSW(BZ)

DM1\1971683.1

Dated: November 17, 2009            **DUANE MORRIS LLP**

                                    By:   s/ Courtney L. Bunt
                                          Ray L. Wong
                                          Michelle Hon
                                          Courtney L. Bunt
                                          Attorneys for Defendants VENETIAN CASINO
                                          RESORT, LLC, LAS VEGAS SANDS, LLC, and LAS
                                          VEGAS SANDS CORP.

Dated: November 17, 2009            **McNamer and Company**

                                    By:   s/Anthony McNamer
                                          Anthony McNamer
                                          Attorneys for Plaintiff
                                          JONATHAN BROWNING INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 18, 2009

                                    By:   [signature]
                                          Hon. Bernard Zimmerman
                                          UNITED STATES MAGISTRATE JUDGE

---

STIPULATION FOR ENTRY OF REVISED HEARING DATE

C 07-3983 JSW(BZ)

3