UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING INC., | ) |
| Plaintiff(s), | ) No. C07-3983 JSW (BZ) |
| v. | ) **ORDER GRANTING DEFENDANT'S MOTION TO SEAL** |
| VENETIAN CASINO RESORT LLC, et al., | ) |
| Defendant(s). | ) |

Defendant's request to seal portions of its motion for attorneys' fees (Doc. No. 237) is granted *nunc pro tunc*.

Dated: February 1, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\-REFCASE\DISCOVERY\BROWNING V. VENETIAN CASINO\ORD TO SEAL.wpd

1