McNamer and Company
ANTHONY E. McNAMER (178911)
E-Mail: anthony@mcnamerlaw.com
920 SW Third Ave., Suite 200
Portland, Oregon 97204
Telephone: 503.727.2504
Facsimile: 503.727.2501

Arnold & Porter LLP
TRENTON H. NORRIS (164781)
E-Mail: trent.norris@aporter.com
275 Battery Street, Suite 2700
San Francisco, California 94111
Telephone: 415.356.3000
Facsimile: 415.356.3099

Attorneys for Plaintiff
JONATHAN BROWNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN BROWNING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 07-3983 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

TO THE COURT, AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective March 14, 2008, Plaintiff Jonathan Browning, Inc. substitutes McNamer and Company as its attorney of record in this action in place of Arnold & Porter LLP. On March 14, 2008, Mr. Trenton Norris left Bingham McCutchen LLP and went to Arnold & Porter LLP. Although Arnold & Porter LLP never filed an appearance in this case, Mr.

1  Norris' contact information was automatically updated in ECF to reflect his Arnold & Porter LLP
2  contact information.  Thereafter, on June 9, 2008, McNamer and Company substituted in as
3  attorneys of record for Plaintiff in place of Bingham McCutchen LLP.  (Dkt. # 77)   That
4  substitution was intended to make McNamer and Company the sole attorneys of record for Plaintiff,
5  but because Mr. Norris' information had been automatically updated to indicate he was now with
6  Arnold & Porter LLP he inadvertently remained on the docket.  Accordingly, Mr. Norris and
7  Arnold & Porter LLP should be terminated as counsel of record effective March 14, 2008.
8         All documents served on Plaintiff Jonathan Browning, Inc. in this action should continue to
9  be addressed as follows:

      Anthony E. McNamer, Esq.
      McNamer and Company
      920 SW Third Avenue, Suite 200
      Portland, Oregon  97204
      Ph:  503.727.2504
      Fax:  503.727.2501

Dated:  March 23, 2010                            MCNAMER AND COMPANY

                              By:   /s/Anthony E. McNamer
                                      Anthony E. McNamer
                                      Attorneys for Plaintiff
                                      JONATHAN BROWNING, INC.

**IT IS HEREBY ORDERED** that McNamer and Company PC shall be substituted in for Arnold & Porter as counsel for Plaintiff, Jonathan Browning, Inc., effective March 14, 2008.

DATED: March 24, 2010                     By:  /s/ Jeffrey S. White
                                                U.S. DISTRICT COURT JUDGE