Ray L. Wong (SBN 84193)
Michelle Hon Donovan (SBN 234492)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone:  415.957.3000
Facsimile:  415.957-3001
E-Mail:  rlwong@duanemorris.com

Attorneys for Defendants VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC, and LAS VEGAS SANDS CORP.

Anthony E. McNamer (SBN 178911)
**McNAMER AND COMPANY**
920 SW Third Avenue, Suite 200
Portland, OR  97204
Telephone:  (503) 727-2504
anthony@mcnamerlaw.com

Attorneys for Plaintiff
JONATHAN BROWNING STUDIOS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROWNING STUDIOS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company; LAS VEGAS SANDS CORP., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant. | CASE NO.: C 07-3983 JSW<br><br>**STIPULATION AND ORDER** |

　　　　　WHEREAS, Jonathan Browning Studios, Inc. ("Browning") and Venetian Casino Resort LLC, Las Vegas Sands, LLC, and Las Vegas Sands Corp. (collectively, "Venetian Defendants") have reached a settlement agreement of their dispute;

WHEREAS, pursuant to the terms of the settlement agreement, Browning and the Venetian Defendants agree that the Venetian Defendants committed no wrongdoing as alleged by Browning in the action; and

WHEREAS, the parties acknowledge that these recitals are an integral and material part of this stipulation, and agree not to take any action to remove these recitals, any other portion of this stipulation, or the stipulation as a whole from the court's docket;

NOW THEREFORE, Browning and the Venetian Defendants hereby stipulate that, pursuant to the terms of the Settlement Agreement, the Venetian Defendants will not oppose a motion to vacate and to strike from the docket the Court's ruling of October 6, 2009 (Doc 231) contemporaneously filed by Browning.

Dated: June 23, 2010         McNAMER AND COMPANY

                             By:      s/Anthony McNamer/
                                  Anthony E. McNamer, Esq.
                                  Attorneys for Plaintiff
                                  Jonathan Browning Studios, Inc.

Dated: June 23, 2010         DUANE MORRIS LLP

                             By:      s/Ray Wong/
                                  Ray L. Wong, Esq.
                                  Attorneys for Defendants Venetian Casino
                                  Resort, LLC, Las Vegas Sands, LLC and
                                  Las Vegas Sands Corp.

IT IS SO ORDERED.

Dated: June 30, 2010

                             _____
                             Hon. Jeffrey S. White
                             Judge of the United States District Court